Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Eastern District of California**

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Mare Island Dry Dock, LLC** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 6** – **0 9 0 7 5 5 4** |

**4. Debtor's address**

**Principal place of business**

**Mare Island Dry Dock, LLC**

**1180 Nimitz Avenue**
Number          Street

**Vallejo, CA 94592**
City                              State      ZIP Code

**Solano**
County

**Mailing address, if different from principal place of business**

_____
Number          Street

_____
City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number          Street

_____
City                              State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.middllc.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Mare Island Dry Dock, LLC**_____   Case number *(if known)* _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>3</u>   <u>3</u>   <u>6</u>   <u>6</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY

         District _____  When _____  Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                                               MM / DD / YYYY

         Case number, if known _____

Debtor    **Mare Island Dry Dock, LLC**                              Case number *(if known)*
          Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  **Industrial wastewater (controlled; ordinary pumping will continue)**

**Where is the property?**   **Mare Island Dry Dock, LLC**
                            Number        Street

**1180 Nimitz Avenue**

**Vallejo**                                    **CA**     **94592**
City                                          State     ZIP Code

**Is the property insured?**

☐ No

☑ Yes.   Insurance agency   **Brown & Brown Insurance Services, Inc.**

         Contact name      **Lisa Johnson**

         Phone            **7576283251**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 50-99 | | ☐ 1,000-5,000 | ☐ 5,001-10,000 | | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☑ 100-199 | ☐ 200-999 | | ☐ 10,001-25,000 | | | ☐ More than 100,000 | |

**15. Estimated assets**

| ☐ $0-$50,000 | | ☐ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | | ☑ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | | ☐ $100,000,001-$500 million | | ☐ More than $50 billion |

Debtor    **Mare Island Dry Dock, LLC**
_____    Case number _(if known)_ _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **02/14/2026**
_____
                MM/ DD/ YYYY

X _____    **Harry Nicholsen**
Signature of authorized representative of debtor    Printed name

Title    **Chief Financial Officer**
_____

**18. Signature of attorney**

X **/s/ Reno Fernandez**
_____    Date **02/14/2026**
_____
Signature of attorney for debtor                    MM/ DD/ YYYY

**Reno Fernandez**
_____
Printed name

**Binder Malter Harris Rome-Banks LLP**
_____
Firm name

**490 Chadbourne Road, Suite A137**
_____
Number        Street

**Fairfield**                    **CA**    **94534**
_____
City                            State    ZIP Code

**(408) 295-1700**                    **reno@bindermalter.com**
_____
Contact phone                        Email address

**251934**                        **CA**
_____
Bar number                        State

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: **Mare Island Dry Dock, LLC**          Case No. _____
          Debtor(s)                     Chapter: _____11_____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION FOR
## MARE ISLAND DRY DOCK, LLC,
### a Delaware limited liability company

      I, Harry Nicholsen, declare under penalty of perjury that I am the Chief Financial Officer and Secretary of Mare Island Dry Dock, LLC, a Delaware limited liability company (the "Company"), and that the following is a true and correct copy of the resolutions adopted by the Managers and the Member of the Company.

      *Whereas*, it is in the best interest of the Company to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of California;

      *Be It Therefore Resolved*, that Harry Nicholsen, Chief Financial Officer and Secretary of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 bankruptcy case on behalf of the Company;

      *Be It Further Resolved*, that Harry Nicholsen, Chief Financial Officer and Secretary of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds, and to execute and deliver all necessary or appropriate agreements and documents, on behalf of the Company in connection with such bankruptcy case; and

      *Be It Further Resolved*, that Harry Nicholsen, Chief Financial Officer and Secretary of the Company, is authorized and directed to employ the law firm of Binder Malter Harris & Rome-Banks LLP to represent the Company in such bankruptcy case.

Dated: ___2/12/2026___          Signed: _____
                                        Harry Nicholsen,
                                        Chief Financial Officer and Secretary

1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re: **Mare Island Dry Dock, LLC**                    Case No. _____
         Debtor(s)                    Chapter: _____11_____

**ACTION BY CONSENT OF BOARD OF MANAGERS OF**
**MARE ISLAND DRY DOCK, LLC,**
**a Delaware limited liability company**

Acting by written consent pursuant to Sections 6.4(e) of the *Limited Liability Company Agreement of Mare Island Dry Dock, LLC* (the "Operating Agreement") and Section 18-404(c) and (d) of the Delaware Limited Liability Company Act (Del. Code, tit. 6, ch. 18), the undersigned, being a majority of the Managers of Mare Island Dry Dock, LLC, a Delaware limited liability company (the "Company"), hereby waive notice of meeting and of proposed action, and consent to, ratify, approve, confirm, and adopt the following resolutions as the action of the Company and the Managers in lieu of a meeting, and hereby direct that this written action by consent be filed with the minutes of proceedings of the Company:

*Whereas*, it is in the best interest of the Company to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of California;

*Be It Therefore Resolved*, that Harry Nicholsen, Chief Financial Officer and Secretary of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 bankruptcy case on behalf of the Company;

*Be It Further Resolved*, that Harry Nicholsen, Chief Financial Officer and Secretary of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds, and to execute and deliver all necessary or appropriate agreements and documents, on behalf of the Company in connection with such bankruptcy case; and

*Be It Further Resolved*, that Harry Nicholsen, Chief Financial Officer and Secretary of the Company, is authorized and directed to employ the law firm of Binder Malter Harris & Rome-Banks LLP to represent the Company in such bankruptcy case.

By signing below, each of the undersigned: (a) waives any right to notice of any meeting or intent to take action with respect to the subject matter of the foregoing action by consent; (b) consents to the foregoing election to commence a bankruptcy case; (c) consents to, ratifies, approves, confirms, and adopts all resolutions adopted pursuant to the foregoing action by consent; and (d) waives all provisions of the Operating Agreement and every other agreement, statute, or rule of law that would require notice of any such meeting or action.

///

///

///

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: __Mare Island Dry Dock, LLC__          Case No. _____
                  Debtor(s)          Chapter: _____11_____

    *IN WITNESS WHEREOF*, the undersigned agree to the foregoing waiver of notice and action by written consent. This document may be signed in counterparts, including by electronic means, which shall together be considered an original for all purposes.

## MANAGERS OF MARE ISLAND DRY DOCK, LLC:

Date   2/12/2026       Signed:   *Bob Taglich*
                                                 Bob Taglich

Date   2/12/2026       Signed:   *Michael Taglich*
                                                 Michael Taglich

Date   2/13/2026       Signed:   *Steve DiLeo*
                                                 Steve DiLeo

Date   2/13/2026       Signed:   *Steve Park*
                                                 Steve Park

Date   2/13/2026       Signed:   *Will Morris*
                                                 Will Morris

3

In re: **Mare Island Dry Dock, LLC**          Case No. _____
          Debtor(s)                                   Chapter: _____11_____

### ACTION BY CONSENT OF MEMBER OF
### MARE ISLAND DRY DOCK, LLC,
#### a Delaware limited liability company

Acting by written consent pursuant to Sections 6.5 of the *Limited Liability Company Agreement of Mare Island Dry Dock, LLC* (the "MIDD Operating Agreement"), Sections 4.2(b) and (e) and 15.2(a) of the *Second Amended and Restated Limited Liability Company Agreement of Mare Island Dry Dock Investment LLC* (the "MIDDI Operating Agreement"), and Sections 18-404(c) and (d) and 18-302(c) and (d) of the Delaware Limited Liability Company Act (Del. Code, tit. 6, ch. 18), the undersigned, being a majority of the Managers of Mare Island Dry Dock Investment, LLC, a Delaware limited liability company (the "Member"), sole member of Mare Island Dry Dock, LLC, a Delaware limited liability company (the "Company"), hereby waive notice of meeting and of proposed action, and consent to, ratify, approve, confirm, and adopt the following resolutions as the action of the Company and the Member in lieu of a meeting, and hereby direct that this written action by consent be filed with the minutes of proceedings of the Company:

*Whereas*, it is in the best interest of the Company and the Member for the Company to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of California;

*Wh*ereas, the Board of Managers of the Company has resolved as follows:

*Be It Therefore Resolved*, that Harry Nicholsen, Chief Financial Officer and Secretary of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 bankruptcy case on behalf of the Company;

*Be It Further Resolved*, that Harry Nicholsen, Chief Financial Officer and Secretary of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds, and to execute and deliver all necessary or appropriate agreements and documents, on behalf of the Company in connection with such bankruptcy case; and

*Be It Further Resolved*, that Harry Nicholsen, Chief Financial Officer and Secretary of the Company, is authorized and directed to employ the law firm of Binder Malter Harris & Rome-Banks LLP to represent the Company in such bankruptcy case.

*Be It Resolved*, by the Board of Managers of the Member, on behalf of the Member, that the foregoing resolutions are approved and adopted as the Member's own resolution and action.

4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: **Mare Island Dry Dock, LLC**                    Case No. _____
                    Debtor(s)                          Chapter: _____11_____

By signing below, each of the undersigned:  (a) waives any right to notice of any meeting or intent to take action with respect to the subject matter of the foregoing action by consent; (b) consents to the foregoing election to commence a bankruptcy case; (c) consents to, ratifies, approves, confirms, and adopts all resolutions adopted pursuant to the foregoing action by consent; (d) waives all provisions of the MIDD Operating Agreement, the MIDDI Operating Agreement, and every other agreement, statute, or rule of law that would require notice of any such meeting or action; and (e) in the event such waiver of notice is determined to be invalid, acknowledges and agrees that the aforesaid resolutions shall be deemed to have been adopted at a special meeting of the Board of Managers of the Member pursuant to Section 4.2(b) of the MIDDI Operating Agreement.

*IN WITNESS WHEREOF*, the undersigned agree to the foregoing waiver of notice and action by written consent.  This document may be signed in counterparts, including by electronic means, which shall together be considered an original for all purposes.

## MANAGERS OF MARE ISLAND DRY DOCK INVESTMENT LLC:

Date _____2/12/2026_____          Signed: _Bob Taglich_____
                                             Bob Taglich

Date _____2/12/2026_____          Signed: _Michael Taglich__
                                             Michael Taglich

Date _____2/13/2026_____          Signed: _Steve DiLeo_____
                                             Steve DiLeo

Date _____2/13/2026_____          Signed: _Steve Park_____
                                             Steve Park

Date _____2/13/2026_____          Signed: _Will Morris_____
                                             Will Morris

5

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Mare Island Dry Dock, LLC** |
| United States Bankruptcy Court for the: | **Eastern District of California** |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Lind Marine, LLC<br>Attn: Allister Aaron, CFO<br>1175 Nimitz Avenue Suite 120<br>Petaluma, CA 94952 | (707) 762-7145<br>Darren Roth<br><br>ar@lindmarine.com | Dredging Services | | | | $752,337.75 |
| 2 | M.D. Marine Electric, LTD<br>672 East 11th Street<br>Tacoma, WA 98421 | (253) 383-9983<br>Natasha Moeun<br><br>nmoeun@mdmarineelectric.com | Marine Electrical Services | | | | $417,568.43 |
| 3 | Oceanwide Repair, LLC<br>PO Box 9100<br>Long Beach, CA 90810 | (562) 983-3800<br>Kyle Wilkinson<br><br>kyle@oceanwiderepair.com | Subcontractor; Civil Action, Case No. 2:26-cv-00074 | Disputed Unliquidated | | | $361,723.00 |
| 4 | Pacific Maritime Group, Inc.<br>P.O. Box 13828<br>San Diego, CA 92170 | (619) 533-7932<br>Jazmine Sanchez<br><br>jazmine@pacificmaritimegroup.com | Marine Services | | | | $326,743.75 |
| 5 | APEX Coating LLC<br>303 4th Street<br>Oakland, CA 94607 | (347) 325-0003<br>In Ho Song<br><br>inho@apex.com | Water and Sand Blasting | | | | $278,765.00 |
| 6 | Offshore Inland Marine<br>& Oilfield Services, Inc.<br>640 South Barracks Street<br>Pensacola, FL 32502 | (850) 912-6966<br>James Dean<br><br>jdean@offshoreinland.com | Subcontractor | | | | $254,162.08 |
| 7 | Marine Systems Inc.<br>PO Box 301284<br>Dallas, TX 75303 | (949) 439-0400<br>David Peterson<br><br>david.peterson@kirbycorp.com | Engine Parts & Repair | | | | $210,049.59 |
| 8 | Marine & Industrial Services, Inc.<br>PO Box 2236<br>Antioch, CA 94509 | (925) 757-8791<br>Sharon Hannaford<br><br>accounts@misi.global | Marine Plumbing | | | | $203,124.29 |

Debtor    **Mare Island Dry Dock, LLC**

Name

Case number *(if known)*

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Bayview Industrial Services, Inc.<br>6925 San Leandro Street<br>Oakland, CA 94621 | (510) 544-5213<br>Lance Cleveland<br>lcleveland@bayviewservices.com | Demolition, Environmental, & Industrial Services | | | | $178,099.50 |
| 10 | The Nimitz Group, LLC<br>1195 Walnut Avenue<br>Vallejo, CA 94592 | (707) 562-4009<br>Lisa Swarthout<br>lisa.swarthout@mareislandco.com | Lease (Dry Dock 1) | Disputed Unliquidated | | | $175,034.08 |
| 11 | BayDelta Maritime, Inc.<br>PO Box 2088<br>San Francisco, CA 94126 | (415) 693-5816<br>Joan Saelee<br>joan.saelee@baydeltamaritime.com | Bar Pilots | | | | $153,183.48 |
| 12 | Island Energy Company<br>995 Walnut Avenue<br>Vallejo, CA 94592 | (707) 562-5000<br>Vanessa Xie<br>vxie@pittsburgca.gov | Energy | | | | $149,708.32 |
| 13 | CBIZ, Inc.<br>PO Box 9500-2288<br>Philadelphia, PA 19195 | (201) 905-0430<br>Lawrence Meril<br>lawrence.meril@cbiz.com | Business Services | | | | $148,648.81 |
| 14 | Kaiser Permanente<br>PO Box 741562<br>Los Angeles, CA 90074 | (888) 251-7052 | Health Insurance | | | | $129,699.68 |
| 15 | Martinez Sheet Metal, Inc.<br>4040 Pacheco Boulevard<br>Martinez, CA 94553 | (925) 228-3380<br>Jessica Ridley<br>jridley@martinezsheetmetal.com | HVAC | | | | $107,061.50 |
| 16 | Maximum Performance Hydraulics<br>4220 22nd Avenue West<br>Seattle, WA 98199 | (206) 352-6869<br>Matt Hanchett<br>matt@mphyd.com | Hydraulic Repair | | | | $65,626.00 |
| 17 | EMS Ice, Inc.<br>PO Box 1671<br>Chesapeake, VA 23327 | (757) 494-9903<br>Julie Carter<br>jcarter@emsice.com | Cryogenic Cleaning | | | | $65,480.00 |
| 18 | Performance Abatement Services, Inc.<br>PO Box 872346<br>Kansas City, MO 64187 | (510) 236-0833<br>Alana Susbilla<br>alana.susbilla@pcg.com | Environmental Services | | | | $64,236.48 |
| 19 | ZF Marine Propulsion Systems Miramar, LLC<br>12125 Harbour Reach Drive Suite B<br>Mukilteo, WA 98275 | (425) 583-1926<br>Scott Mcauley<br>scott.mccauley@zf.com | Marine Propulsion Systems | | | | $57,790.07 |
| 20 | Foth Infrastructure & Environment, LLC<br>2121 Innovation Court<br>De Pere, WI 54115 | (415) 763-4274<br>Wendy P. Rocha<br>environmentsolutions@foth.com | Environmental Consultants | | | | $54,985.00 |

Fill in this information to identify the case:

Debtor name          **Mare Island Dry Dock, LLC**

United States Bankruptcy Court for the:

**Eastern District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      02/14/2026          X _____
MM/ DD/ YYYY                                  Signature of individual signing on behalf of debtor

**Harry Nicholsen**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of California

In re   **Mare Island Dry Dock, LLC** _____

                Debtor(s)

Case No.   _____

Chapter   _____ **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ **Mare Island Dry Dock, LLC** _____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Mare Island Dry Dock Investment LLC**
**1180 Nimitz Avenue**
**Vallejo, CA 94592**

**Sole Member** _____

☐ None [*Check if applicable*]

_____ **02/14/2026** _____
Date

**/s/ Reno Fernandez** _____

**Reno Fernandez**
Signature of Attorney or Litigant
Counsel for _____ **Mare Island Dry Dock, LLC** _____
**Bar Number: 251934**
**Binder Malter Harris Rome-Banks LLP**
**490 Chadbourne Road, Suite A137**
**Fairfield, CA 94534**
**Phone: (408) 295-1700**
**Email: reno@bindermalter.com**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

IN RE:                                                        CHAPTER  **11**
**Mare Island Dry Dock, LLC**

DEBTOR(S)                                                     CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Mare Island Dry Dock Investment LLC**<br>1180 Nimitz Avenue<br>Vallejo, CA 94592 | Sole Member | 100% | Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Chief Financial Officer**_____ of the _____**Nonpublic Corporation (LLC)**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **02/14/2026**_____          Signature: _____

*Harry Nicholsen, Chief Financial Officer*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re                                    )
                                         )
  MARE ISLAND DRY DOCK, LLC                     )        Case No.
                                         )
                                         )
_____ )

**VERIFICATION OF MASTER EQUITY SECURITY HOLDER ADDRESS LIST**

      I declare under penalty of perjury that the attached Master Equity Security Holder Address List is a true, correct, and complete list of equity security holders and their addresses in this case.

      I acknowledge the following:

- Filing a List of Equity Security Holders with incomplete or incorrect addresses may mean that equity security holders with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case and/or subsequent notices in the case.

- The Court will use the addresses on the attached Master List of Equity Security Holders for all items that the Court mails and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of equity security holders.

DATED:_____02/14/2026_____        /s/ Reno Fernandez_____
                                             Attorney for Debtor

EDC 2-101 (New, 04/22)

Mare Island Dry Dock Investment LLC
1180 Nimitz Avenue
Vallejo, CA 94592

**United States Bankruptcy Court**
**Eastern District of California**
**Sacramento Division**

In re                       )     Case No._____
                          )
**Mare Island Dry Dock, LLC**      )
                          )
                          )
                          )
_____ Debtor(s)

**VERIFICATION OF MASTER ADDRESS LIST**

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

Dated:       **02/14/2026**        X _____

                                   Harry Nicholsen, CFO

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

**Modesto Division**
<u>Mailing Address:</u>
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

<u>Physical Address:</u>
**1200 I Street, Suite 4**
**Modesto, CA 95354**

**Fresno Division**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721**

EDC 2-100 (Rev. 7/15/14)

Airgas USA, LLC
PO Box 102289
Pasadena, CA 91189


Alco Iron & Metal Co.
2140 Davis Street
San Leandro, CA 94577


Alliance Environmental Group, LLC
777 North Georgia Avenue
Azusa, CA 91702


American Express
PO Box 650448
Dallas, TX 75265


American Longshore Mutual
Association, Ltd.
PO Box 934368
Atlanta, GA 31193


Andrew K. Light
10 West Market Street Suite 1500
Indianapolis, IN 46204


Angus and Lauralee Bruce
2789 Deerfield Road
Sag Harbor, NY 11963


Antoinette Porco
Trustee of the Antoinette
Porco Revocable Trust
3706 Park Creek Lane
Canton, MI 48188


APEX Coating LLC
303 4th Street
Oakland, CA 94607


Applebaum Family Ltd Partners
7700 Bonhomme Avenue 7th Floor

Saint Louis, MO 63105


Applied Industrial Technologies, Inc.
PO Box 100538
Pasadena, CA 91189


Arthur Resnikoff
1015 Glendora Avenue
Oakland, CA 94602


ATS Logistics Services, Inc.
LBX 7130
Minneapolis, MN 55485


Barktones LLC
8990 Liberty Union Road
Van Wert, OH 45891


Bay Area Crating Services, Inc.
1064 Serpentine Lane B
Pleasanton, CA 94566


Bay Area Ship Services, LLC
971 South Seaside Avenue
San Pedro, CA 90731


Bay Area Toll Authority
dba Bay Area FasTrak
PO Box 26879
San Francisco, CA 94126


Bay Law Group LLP
PO Box 8554
Berkeley, CA 94707


Bay Marine Services, Inc.
PO Box 5544
Novato, CA 94948


Bay Planning Coalition

1970 Broadway Suite 940
Oakland, CA 94612


BayDelta Maritime, Inc.
PO Box 2088
San Francisco, CA 94126


Bayshore Safety. Inc.
961 Garcia Avenue Suite A
Pittsburg, CA 94565


Bayview Industrial Services, Inc.
6925 San Leandro Street
Oakland, CA 94621


Bender CCP
PO Box 847
Benicia, CA 94510


Black Fir Court Investments LLC
3905 Wayland Drive
Nashville, TN 37215


Bradley Tanks, Inc.
402 Hartz Avenue Bldg. C
Danville, CA 94526


Buhl Diving & Salvage
3178 Withers Avenue
Lafayette, CA 94549


Byram Metering Solutions
650 Seco Road Suite G
Monroeville, PA 15146


Case Marine Inc.
18802 67th Avenue NE
Arlington, WA 98223


CBIZ, Inc.

PO Box 9500-2288
Philadelphia, PA 19195


Certified Hydraulics & Instabuild
2101 South Tacoma Way
Tacoma, WA 98409


Champion Scaffold Services, Inc.
1569 Solano Avenue #332
Berkeley, CA 94707


Channel Lumber Co.
PO Box 4002
Richmond, CA 94804


City of Vallejo, California
(81304-DD3)
PO Box 888766
Los Angeles, CA 90088


Clean Harbors Environmental Services, Inc.
PO Box 3442
Boston, MA 02241


Complete Welders Supply
PO Box 2516
Napa, CA 94558


Continental Republic Capital, LLC
dba Republic Business Credit
900 Camp Street Suite 301
New Orleans, LA 70130


CPM Industrial, LLC
6252 27th Avenue NE
Seattle, WA 98115


Custom Valve Solutions, Inc.
1101 Nimitz Avenue Suite 100
Vallejo, CA 94592

Data Weighing Systems, Inc.
255 Mittel Drive
Wood Dale, IL 60191


David F. and Margaret J. Rios
Trustees of the David Frank Rios
& Margaret Jo Rios 1999 Trust
14924 Diduca Way
Los Gatos, CA 95032


David L. Allen
3050 Ohm Way
Denver, CO 80209


Dees Design and Engineering
1419 Francis Street
Crockett, CA 94525


Del Toro Global Associates
9380 Mount Vernon Circle
Alexandria, VA 22309


Delaware Division of Corporations
401 Federal Street Suite 4
Dover, DE 19901


Denise L. Robertson
Trustee of the Denise L. Robertson Trust
3448 Silver Ridge Court
Hermitage, PA 16148


Donald C. and Claudia A. Holliday
19022 East Tonto Verde Drive
Rio Verde, AZ 85263


Donata Random
720 State Street
Portsmouth, NH 03801


Eagle Industries of Louisiana, LLC

PO Box 10652
New Orleans, LA 70181


EMS Ice, Inc.
PO Box 1671
Chesapeake, VA 23327


Equity Trust Company
fbo Peter Schreiber
1836 Pine Street Apt. 3F
Philadelphia, PA 19103


Examinetics
PO Box 7410675
Chicago, IL 60674


Fastenal Company
PO Box 978
Winona, MN 55987


Foth Infrastructure & Environment, LLC
2121 Innovation Court
De Pere, WI 54115


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812


Gardico Incorporated
4912 14th Avenue NW
Seattle, WA 98107


GeoQuip Power Systems, LLC
dba HPSI
1203 Ozark North
Kansas City, MO 64116


Georgia C. Scott
644 Cascade Hills Hollow
Grand Rapids, MI 49546

GHX Industrial, LLC
PO Box 841388
Dallas, TX 75284


Global Fire & Safety, Inc.
2001 Peralta Street Suite F
Oakland, CA 94607


Golden Bay Security Services
1175 Nimitz Avenue #270
Vallejo, CA 94592


Hanson Bridgett LLP
425 Market Street 26th Floor
San Francisco, CA 94105


Harry Nicholsen
795 Higbie Lane
West Islip, NY 11795


Harvey and Jacqueline Bibicoff
Trustee of the Bibicoff Family Trust
4101 Clarinda Drive
Tarzana, CA 91356


Herc Rentals, Inc.
PO Box 936257
Atlanta, GA 31193


Hillary Bibicoff
Trustee of the Hillary Bibicoff Revocable Trust
4003 1/2 Ocean Front Walk
Marina Del Rey, CA 90292


Holt of California
PO Box 511604
Los Angeles, CA 90051


HYTORC Division UNEX Corporation

```
333 Route 17 North
Mahwah, NJ 07430


Ian Thurston
274 Fairview Drive
Vacaville, CA 95687


Independent Pilot Services LLC
PO Box 1364
Benicia, CA 94510


Industrial Inspection & Analysis, Inc.
16140 North Arrowhead Fountains Center Drive
Peoria, AZ 85382


Industry Uptime, Inc.
PO Box 603
Meadow Vista, CA 95722


Inspira Financial Trust LLC
fbo Timothy M. Fitzpatrick
20 Oakland Avenue
East Northport, NY 11731


Inspira Financial Trust LLC
fbo Vincent J. McGill
20 Chapel Place Apt. 3U
Great Neck, NY 11021


Inspira Financial Trust LLC
fbo Robert F. Taglich
37 Main Street Apt. 3U
Cold Spring Harbor, NY 11724


Inspira Financial Trust LLC
fbo Donald C. Holliday
19022 East Tonto Verde Drive Apt. 3U
Rio Verde, AZ 85263


Integrity Inspections LLC
23073 County Road 23
```

Esparto, CA 95627


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


IPFS Corporation of California
PO Box 32144
New York, NY 10087


Island Energy Company
995 Walnut Avenue
Vallejo, CA 94592


J. S. Billings & M. D. Billings
Trustees of the Billings Family Revocable Trust
PO Box 25760
Scottsdale, AZ 85255


James L. and Patricia A. Tadych
Trustees of the James Tadych and
Patricia Tadych Revocable Trust
1635 S 21st Street Apt. 320
Manitowoc, WI 54220


Jeffrey L. Sadar
6640 Ridgebury Boulevard
Cleveland, OH 44124


Jeremiah R. Hagen
4447 South Independence Street
Littleton, CO 80123


Jocelyn Santos
1030 Azuar Drive
Vallejo, CA 94592


John C. Lipman
55 Buckfield Lane
Greenwich, CT 06831

John J. Resich, Jr.
Trustee of the John J. Resich, Jr.
Retirement Trust
28924 South Western Avenue Suite 224
Rancho Palos Verdes, CA 90275


John W. and Cheryl H. Rose
511 Anderwood Drive
Hermitage, PA 16148


JPMorgan Chase Bank, N.A.
PO Box 6294
Carol Stream, IL 60197


Kaiser Permanente
PO Box 741562
Los Angeles, CA 90074


Karl W. Brewer
2304 Sunset Way
Saint Petersburg, FL 33706


Kleen Solution Environmental Inc.
2101 Fulton Road
Santa Rosa, CA 95403


Lane General LLC
1414 Hudson Avenue
Moraga, CA 94575


Larry V. Lowrance
500 Wallace Road
Jackson, TN 38305


Lifting Gear Hire Corporation
PO Box 734381
Chicago, IL 60673


Lind Marine, LLC
Attn: Allister Aaron, CFO

```
1175 Nimitz Avenue Suite 120
Petaluma, CA 94952


Lind Marine, LLC
c/o Ragghianti Freitas LLP
Attn: Eric Sternberger, Esq.
1101 Fifth Avenue Suite 100
San Rafael, CA 94901


Linde Gas & Equipment Inc.
DEPT LA 21511
Pasadena, CA 91185


Lippincott Supply Co.
105 Lincoln Road West
Vallejo, CA 94590


Llewellyn Marine Supply, Inc.
2900 Main Street Suite 1900, Box 19
Alameda, CA 94501


Lori Schroeder
649 Farmdale Road
Franklin Lakes, NJ 07417


M.D. Marine Electric, LTD
672 East 11th Street
Tacoma, WA 98421


Mackay Communications, Inc.
PO Box 60925
Charlotte, NC 28260


Margaret Esposito
44 Thornhedge Road
Bellport, NY 11713


Marine & Industrial Services, Inc.
PO Box 2236
Antioch, CA 94509
```

Marine Systems Inc.
PO Box 301284
Dallas, TX 75303


Mark Temkin
Trustee of the Mark and Leslie Temkin Trust
13606 Park Place Court
Saint Louis, MO 63131


Marsha S. Cowan
Trustee of the Marsha S. Cowan Living Trust
11502 County Road 5220
Rolla, MO 65401


Martinez Sheet Metal, Inc.
4040 Pacheco Boulevard
Martinez, CA 94553


Marvin J. Loutsenhizer
10609 Sheffield Cove
Fort Wayne, IN 46804


Mastrex Group PLC
(Vulkan)
PO Box 673
Winter Haven, FL 33882


Matthew Dejesus Taglich
37 Main Street
Cold Spring Harbor, NY 11724


Maximum Performance Hydraulics
4220 22nd Avenue West
Seattle, WA 98199


McCampbell Analytic, Inc.
1534 Willow Pass Road
Pittsburg, CA 94565


McMaster-Carr Supply Company

```
PO Box 7690
Chicago, IL 60680


MD Marine Electric
672 East 11th Street
Tacoma, WA 98421


Michael N. & Claudia Taglich
37 Main Street
Cold Spring Harbor, NY 11724


Michael N. Taglich
37 Main Street
Cold Spring Harbor, NY 11724


Mobile Modular
PO Box 45043
San Francisco, CA 94145


Motion Industries, Inc.
2441 Sprig Court Suites A-D
Concord, CA 94520


National Benefit Services, LLC
Attn: Dept. 5
PO Box 981044
Boston, MA 02298


Newburg Park Partner LLC
Attn: Peter D. Schreiber
1629 Locust Street
Philadelphia, PA 19103


Nicholas and Juliana Taglich
54 Harrison Drive
East Northport, NY 11731


Oceanwide Repair, LLC
PO Box 9100
Long Beach, CA 90810
```

Oceanwide Repair, LLC
c/o Schwartz Semerdjian Cauley Schena & Bush LLP
Attn: Kevin T. Cauley, Esq.
101 West Broadway Suite 810
San Diego, CA 92101


ODP Business Solutions, LLC
PO Box 29248
Phoenix, AZ 85038


Offshore Inland Marine
& Oilfield Services, Inc.
640 South Barracks Street
Pensacola, FL 32502


Offshore Inland Marine
& Oilfield Services, Inc.
c/o Burr & Forman LLP
Attn: Michael Rich, Esq.
11 North Water Street Suite 22200
Mobile, AL 36602


Olivia Sofia Taglich
37 Main Street
Cold Spring Harbor, NY 11724


Pac Machine Company
8570 23rd Avenue
Sacramento, CA 95826


Pacific Marine Equipment
309 South Cloverdale Street Suite C18
Seattle, WA 98108


Pacific Maritime Group, Inc.
P.O. Box 13828
San Diego, CA 92170


Pacific States Petroleum, Inc.
2278 Pike Court Suite A
Concord, CA 94520

Palfinger Marine USA Inc.
912 Highway 90E
New Iberia, LA 70560


Patricia M. Allen
Trustee of the Robert W. Allen, Jr.
2021 Irrevocable Trust
6085 Whitetail Drive
Coopersburg, PA 18036


Patriot Contract Services, LLC
1320 Willow Pass Road Suite 710
Concord, CA 94520


Patriot Environmental Services, Inc.
255 Parr Boulevard
Richmond, CA 94801


Paul Gates
37 Margaret Drive
Walnut Creek, CA 94596


Paul Seid
Trustee of the SDM Irrevocable Trust
fbo Andrew Seid
PO Box 2090
Silverthorne, CO 80498


Pellissier Consulting LLC
241 Gustavson Road
Quilcene, WA 98376


Performance Abatement Services, Inc.
PO Box 872346
Kansas City, MO 64187


Performance Contracting Inc.
PO Box 872346
Kansas City, MO 64187

Peter and Andrea Morgan
Trustee of the Peter and Andrea Morgan Living Trust
56 Lower North Terrace
Belvedere Tiburon, CA 94920


Polsinelli LLP
PO Box 878681
Kansas City, MO 64187


Power Business Technology, LLC
1020 Winding Creek Road Suite 150
Roseville, CA 95678


PowerPlus
5500 East La Palma Ave
Anaheim, CA 92807


Prop Shop Richmond, LLC
518 South 11th Street
Richmond, CA 94804


Puretec Industrial Water
3151 Sturgis Road
Oxnard, CA 93030


Ramp Business Corporation
28 West 23rd Street 2d Floor
New York, NY 10010


Raymond M. & Joan P. Beebe
3315 Sage Avenue
Forest City, IA 50436


Recology Inc.
PO Box 848309
Los Angeles, CA 90084


Recology Inc.
2021 Broadway
Vallejo, CA 94589

Red-D-Arc Inc.
PO Box 734675
Dallas, TX 75373


Republic Services
dba ACTenviro
6940 Tremont Road
Dixon, CA 95620


Richard Baum, Jr.
10 Kinzel Lane
West Orange, NJ 07052


Richard Duke
116 Cutler Road
Greenwich, CT 06831


Robert Anthony Sourek, Jr
PO Box 1152
Carson, WA 98610


Robert B. Cashion
2967 Findley Road
Statesville, NC 28625


Robert F. Taglich
37 Main Street
Cold Spring Harbor, NY 11724


Robert G. Paul
20 Via Tiberius Way
Henderson, NV 89011


Robert M. & Nichol M. Deluca
Trustees of the Robert M. Deluca Revocable Living Trust
23717 Shady Lane Place
Valencia, CA 91354


Robert Moussa

572 Mt Olivet Place
Clayton, CA 94517


Ronald A. Bero
35400 West Pabst Road
Oconomowoc, WI 53066


Ronald Johnson
135 Callaway Lane
Union Grove, NC 28689


RotoMetals
865 Estabrook Street
San Leandro, CA 94577


Royal Restrooms of California, Inc.
1452 North Vasco Road #101
Livermore, CA 94551


Sacramento Copiers
10824 Olson Drive Suite C121
Rancho Cordova, CA 95670


Sal's Inflatable Services, Inc.
1914 Stanford Street
Alameda, CA 94501


Scot Holding Inc.
PO Box 522541
El Paso, TX 79952


Sea Technology Construction, Inc.
dba Zamolla Industries
PO Box 3465
Federal Way, WA 98063


SGS Herguth Laboratories, Inc.
PO Box 2502
Carol Stream, IL 60132

```
Shadow Capital LLC
Attn: B. Kent Garlinghouse
3601 S.W. 29th Srteet
Topeka, KS 66614


Shartsis Friese LLP
425 Market Street 11th Floor
San Francisco, CA 94105


Solano Print Plus LLC
919 Tennessee Street
Vallejo, CA 94590


Sophia Estelle Taglich
37 Main Street
Cold Spring Harbor, NY 11724


Sperry Marine B.V.
143 Mallard Street Suite A
Saint Rose, LA 70087


SSA Conventional
15417 Collections Center Drive
Chicago, IL 60693


Steve DiLeo
51 Admiral Drive East
Bay Shore, NY 11706


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384


Susan and Magnus Thorstenn
1225 Franklin Avenue Suite 325
Garden City, NY 11530


Susan and Robyn Kalka
Trustees of the Susan A. Kalka 2020 Trust
2 Knolls Drive
Old Westbury, NY 11568
```

Susan E. Thorstenn
Trustee of the Albert J. Esposito Trust Under Will
1225 Franklin Avenue Suite 325
Garden City, NY 11530


SysArc
12300 Twinbrook Parkway
Rockville, MD 20852


Taglich Private Equity LLC
37 Main Street
Cold Spring Harbor, NY 11724


TEAM, Inc.
4650 East Second Street
Benicia, CA 94510


The American Equity Underwriter, Inc.
PO Box 603038
Charlotte, NC 28260


The Carpenter Group
2380 Main Street
San Diego, CA 92113


The Hartford
PO Box 783690
Philadelphia, PA 19178


The Nimitz Group, LLC
1195 Walnut Avenue
Vallejo, CA 94592


The Nimitz Group, LLC
c/o Carle Mackie Power & Ross, LLP
Attn: Trevor Codington, Esq.
520 3rd Street Suite 500
Santa Rosa, CA 95401

The Papé Group, Inc.
dba Papé Materials Handling
PO Box 35144 #5077
Seattle, WA 98124


Tork Systems, Inc.
PO Box 350117
Jacksonville, FL 32235


Trinity Consultants, Inc.
PO Box 972047
Dallas, TX 75397


Uline, Inc.
PO Box 88741
Chicago, IL 60680


Unico Mechanical Corp.
1209 Polk Street
Benicia, CA 94510


United Rentals, Inc.
PO Box 051122
Los Angeles, CA 90074


United Site Services, Inc.
8588 Unsworth Avenue
Sacramento, CA 95828


Vallejo Electric Motor, Inc.
271 Bagley Street Unit 100
Vallejo, CA 94592


Vallejo Flood & Wastewater District
450 Ryder Street
Vallejo, CA 94590


Vallejo Nissan, Inc.
3287 Sonoma Boulevard
Vallejo, CA 94590

Vision Services Plan
PO Box 45210
San Francisco, CA 94145


VRC Companies, LLC
dba Vital Records Control
Attn: Dept. 5874
PO Box 11407
Birmingham, AL 35246


W.W. Grainger, Inc.
DEPT 885879687
Palatine, IL 60038


Walter E. Beisler
20921 Ramita Trail
Boca Raton, FL 33433


Wells Fargo Bank, NA
Equipment and Vendor Finance
PO Box Box 77101
Minneapolis, MN 55480


Wells Fargo Bank, NA
Attn: Bankruptcy Department
MAC X2303-01A
1 Home Campus
Des Moines, IA 50328


Werner Hoyt
PO Box 400
Ilwaco, WA 98624


West Coast Marine Chemist's, Inc.
PO Box 2562
Alameda, CA 94501


West Marine Products, Inc.
PO Box 50060
Watsonville, CA 95077

William I. Morris
1121 Western Avenue
Mill Valley, CA 94941


William J. Britt
Trustee of the Fortin Family Trust
c/o Brody Wilkinson PC
2507 Post Road 2nd Floor
Southport, CT 06890


Williams Scotsman, Inc.
PO Box 91975
Chicago, IL 60693


Woods Rogers Vandeventer Black PLC
101 West Main Street Suite 500
Norfolk, VA 23510


World Oil Corp.
dba World Oil Environmental Services
PO Box 843021
Los Angeles, CA 90084


WRA, Inc.
PO Box 956
Elk Grove, CA 95759


Xavier F. Taglich
37 Main Street
Cold Spring Harbor, NY 11724


Xylem Dewatering Solutions, Inc.
26717 Network Place
Chicago, IL 60673


ZF Marine Propulsion
Systems Miramar, LLC
12125 Harbour Reach Drive Suite B
Mukilteo, WA 98275

**2**

**Binder Malter Harris & Rome-Banks LLP**
Jule H. Rome-Banks #142364
Reno Fernandez #251934
490 Chadbourne Road, Suite A137
Fairfield, CA 94534
(408) 295-1700
julie@bindermalter.com
reno@bindermalter.com

Proposed Attorneys for Debtor in Possession,
Mare Island Dry Dock, LLC

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. _____ |
| MARE ISLAND DRY DOCK, LLC, | Chapter 11 |
| Debtor. | |

### RULE 2016(b) DISCLOSURE OF COMPENSATION

Pursuant to Bankruptcy Code § 329(a) and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby certifies that:

1. <u>Commencement of Case</u>. This case was commenced by Mare Island Dry Dock, LLC, Debtor in Possession herein, filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on February 14, 2026 (the "<u>Petition Date</u>"). A trustee has not been appointed, and the Debtor is in possession of its estate.

2. <u>Legal Services Agreement</u>. Binder Malter Harris & Rome-Banks LLP (the "<u>Firm</u>") is proposed general bankruptcy counsel for the Debtor. The Firm was retained less than one year before the Petition Date. A copy of the underlying legal services agreement will be attached to the Firm's application for authority to employ counsel for the Debtor pursuant to Bankruptcy Code § 327(a). The Debtor has agreed to pay the hourly rates provided in the agreement and to reimburse the Firm's expenses.

3. <u>Retainer</u>. The Firm received retainers for pre-bankruptcy analysis and advice in the

following amounts and on the following date:  (a) $25,000.00 on December 1, 2025; and (b) $22,395.56 on January 12, 2026, for a total of $47,395.56.  All professional fees earned and expenses advanced were paid in full from said retainers prior to the Petition Date, leaving no amount owing as of the Petition Date and remaining retainers of $3,251.83.  On February 13, 2026, the Debtor paid a retainer of $150,000.00 for the preparation, commencement, and prosecution of this case.  On the Petition Date, the Firm held total retainers of $153,251.83.  The source of all retainers was the Debtor.

　　　　4.　　__No Fee Sharing__.  The Firm has not shared or agreed to share any compensation in connection with this matter with any other entity, except for the regular partners and members of the Firm.

Dated: February 14, 2026　　　　　　BINDER MALTER HARRIS & ROME-BANKS LLP

　　　　　　　　　　　　　　　　By:　_/s/ Reno Fernandez_ 　　　　　　
　　　　　　　　　　　　　　　　　　　Reno Fernandez
　　　　　　　　　　　　　　　　　　　Proposed Attorneys for Debtor in Possession,
　　　　　　　　　　　　　　　　　　　Mare Island Dry Dock, LLC