BINDER MALTER HARRIS & ROME-BANKS LLP
Julie H. Rome-Banks #142364
Reno Fernandez, Esq. #251934
490 Chadbourne Road, Suite A137
Fairfield, CA 94534
(408) 295-1700
julie@bindermalter.com
reno@bindermalter.com

Attorney for: Mare Island Dry Dock, LLC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: <br><br> MARE ISLAND DR DOCK, LLC, <br><br><br><br> Debtor(s) | **Bankruptcy Case No.:** 26-20777-B-11 <br> **Docket Control Number:** BM-2,BM-3,BM-4,BM-5 <br><br> **Hearing Information** *(if applicable)***:** <br><br> Hearing Date: <br> Hearing Time: <br> Location:    Dept. B, 501 I St, 6th Fl, Crtrm 32, Sac <br> Judge:       Christopher D. Jaime |
|---|---|
| N/A <br><br><br><br> Plaintiff(s) <br> v. <br><br><br><br><br> Defendant(s) | **Adversary Proceeding No.** *(if applicable)*: <br> **Docket Control Number:**    N/A <br><br> **Hearing Information** *(if applicable)***:** <br><br> Hearing Date:   N/A <br> Hearing Time: <br> Location: <br> Judge: |

## CERTIFICATE OF SERVICE OF
## DEBTOR'S FIRST DAY MOTIONS AND SUPPORTING DOCUMENTS

1

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status**. I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☑ my business/employer is <u>Binder Malter Harris & Rome</u>, and my ☑ business address **or** ☐ mailing address if not a business is:

   <u>1625 The Alameda Ste 101, San Jose, CA 95126</u>.

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.)

   ☐ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

   ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)*

   ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).

   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

   ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.

   ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).

   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____.

   ☐ **Chapter 9 case** (*indicate below if subject to limited noticing*)

   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☑ **Chapter 11 case** (*indicate below if subject to limited noticing*)

   ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.

   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 15 case**

   ☐ **Adversary Proceeding**

4. **About the Documents Served**
   On <u>February 17</u>, 20 <u>26</u>, by the method(s) specified below, the following documents were served *(list in space provided)*:

   PLEASE SEE ATTACHMENT 4

   **or** ☑ those documents described in the list appended hereto and numbered ***Attachment 4.***

5. **Who is Being Served**
   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

   ☐ Debtor(s)
   ☐ Plaintiff(s)
   ☐ Defendant(s)
   ☐ All committee members
   ☐ Equity security holders
   ☐ All creditors and parties in interest (Notice of Hearing only)
   ☐ Only creditors that have filed claims (Notice of Hearing only)
   ☐ All creditors and parties in interest

   ☑ Fewer than all creditors *(check at least one below)*
   　☐ Creditors that have filed claims
   　☑ Creditors holding allowed secured claims
   　☐ Creditors holding allowed priority unsecured claims
   　☐ Creditors holding leases or executory contracts that have been assumed
   　☑ 20 largest creditors
   　☐ Administrative claimants
   　☑ Other party(ies) in interest

**6. How Service is Accomplished**

A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable.)*

    1. ☐ **First Class Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered *Attachment 6A-1*.

    2. ☐ **Certified Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered *Attachment 6A-2*.

    3. ☐ **Publication**

Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered *Attachment 6A-3*.

B. ☑ **Rule 5 and Rules 7005, 9036 Service** *(Check as many as applicable.)*

**Electronic Notice Recipients.** Attorneys and trustees that have appeared and parties who have requested notice per LBR 2018-1 are deemed to have received notice, Fed. R. Civ. P. 5, by filing the document with the Clerk of the Court, Fed. R. Bankr. 5005(a)(2)(A), 9036(b)(2),(c); LBR 9010-1, and separate notice is not required. Fed. R. Civ. P. 5(d)(1)(B), *incorp. by* Fed. R. Bankr. P. 7005, 9014(c).

**Parties in Interest.** *(Check as many as are applicable, if any).* Parties in interest have been given notice in the following manner.

    1. ☑ **U.S. Mail**

Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

        a. **Parties in interest**

          ☐ **Clerk's Matrix of Creditors.** A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered *Attachment 6B-1*. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

          ☐ **List Other Than the Clerk's Matrix of Creditors.** Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered *Attachment 6B-2*.

        b. ☑ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered *Attachment 6B-3*.

    2. ☑ **Other Methods of Service**

Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A), (B), (D), (F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered *Attachment 6B-4.*

☐ I have used a third-party service company, i.e., _____, to assist me in effecting service. I have in my possession a signed certificate of service from that company and will produce that certificate of service on demand.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on February 17, _____, 20 26 ____, at San Jose _____ CA _____.
                                                                                                City                                       State

Melissa Lopez _____      /s/ Melissa Lopez _____
Print Name                                                  Signature

# **ATTACHMENT 4**

NOTICE OF HEARINGS ON DEBTOR'S FIRST-DAY MOTIONS

DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION [with proposed order]

DECLARATION OF HARRY NICHOLSEN IN SUPPORT OF DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR-IN-POSSESSION FINANCING ON A JUNIOR SECURED AND SUPERPRIORITY BASIS [with proposed order]

DECLARATION OF HARRY NICHOLSEN IN SUPPORT OF DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR-IN-POSSESSION FINANCING ON A JUNIOR SECURED AND SUPERPRIORITY BASIS

DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT AND PROHIBITING UTILITY PROVIDERS FROM DISCONTINUING SERVICE

DECLARATION OF HARRY NICHOLSEN IN SUPPORT OF DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS DETERMINING ADEQUATE ASSURANCE OF PAYMENT AND PROHIBITING UTILITY PROVIDERS FROM DISCONTINUING SERVICE

DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING PAYMENT OF PRE-PETITION PAYROLL OBLIGATIONS

DECLARATION OF HARRY NICHOLSEN IN SUPPORT OF DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING PAYMENT OF PRE-PETITION PAYROLL OBLIGATIONS

# EXHIBIT 6B-3 and EXHIBIT 6B-4

**Twenty Largest Unsecured Creditors via Email:**

| | |
|---|---|
| Lind Marine, LLC<br>ar@lindmarine.com | M.D. Marine Electric, LTD<br>nmoeun@mdmarineelectric.com |
| Oceanwide Repair, LLC<br>kyle@oceanwiderepair.com<br>kevin@sscelaw.com | Offshore Inland Marine<br>jdean@offshoreinland.com<br>mrich@burr.com |
| APEX Coating LLC<br>inho@apex.com | Pacific Maritime Group, Inc.<br>jazmine@pacificmaritimegroup.com |
| Marine Systems Inc.<br>david.peterson@kirbycorp.com | Marine & Industrial Services, Inc.<br>accounts@misi.global |
| Bayview Industrial Services, Inc.<br>lcleveland@bayviewservices.com | The Nimitz Group, LLC<br>lisa.swarthout@mareislandco.com<br>tcodington@cmprlaw.com |
| BayDelta Maritime, Inc.<br>joan.saelee@baydeltamaritime.com | Island Energy Company<br>vxie@pittsburgca.gov |
| CBIZ, Inc.<br>lawrence.meril@cbiz.com | Martinez Sheet Metal, Inc.<br>jridley@martinezsheetmetal.com |
| Maximum Performance Hydraulics<br>matt@mphyd.com | EMS Ice, Inc.<br>jcarter@emsice.com |
| Performance Abatement Services, Inc.<br>alana.susbilla@pcg.com | Foth Infrastructure & Environment, LLC<br>environmentsolutions@foth.com |
| Kaiser Permanente<br>csc-largeaccounts@kp.org | |

**US Trustee via CM/ECF and Email:**

United States Trustee
Attn: Jason Blumberg
jason.blumberg@usdoj.gov

**Parties Requesting Special Notice**

via CM/ECF

**Utilities Providers via Email:**

| | |
|---|---|
| AT&T<br>G08512@att.com | City of Vallejo<br>vallejowaterbilling@cityofvallejo.net |
| Island Energy Company<br>ttaylor@pittsburgca.gov | Pacific States Petroleum<br>kelli@pacstatespetro.com |
| Recology Vallejo<br>vallejocustomerservice@recology.com | |

**Landlord via Email:**

The Nimitz Group, LLC
lisa.swarthout@mareislandco.com
tcodington@cmprlaw.com

**Republic via Email:**

Continental Republic Capital, LLC dba Republic Business Credit
mbegley@republicbc.com

**Other Secured Creditors via Email:**

| | |
|---|---|
| IPFS Corporation of California<br>njp.processing@ipfs.com | Lane General LLC<br>sebastianlane@gmail.com |
| Vallejo Nissan, Inc.<br>cmandigma@goldenstatenissan.com | Wells Fargo Equipment Financing<br>wfef@wellsfargo.com |

**NOTICE OF HEARING ONLY Upon Government Agencies via Overnight Mail:**

| | |
|---|---|
| Internal Revenue Service<br>333 West Pershing Road<br>Kansas City, MO 64108 | United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |
| United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | California Franchise Tax Board<br>3321 Power Inn Road<br>Sacramento, CA 95826 |