**Binder Malter Harris & Rome-Banks LLP**
Julie H. Rome-Banks #142364
Reno Fernandez #251934
490 Chadbourne Road, Suite A137
Fairfield, CA 94534
(408) 295-1700
julie@bindermalter.com
reno@bindermalter.com

Proposed Attorneys for Debtor in Possession,
Mare Island Dry Dock, LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 26-20777-B-11 |
| MARE ISLAND DRY DOCK, LLC, | Chapter 11 |
| Debtor. | DCN: BM-5 |
| | Date: February 19, 2026<br>Time: 1:30 pm<br>Dept.: B<br>Place: 501 I Street, 6th Floor, Courtroom 32<br>       Sacramento, California |
| | Honorable Christopher D. Jaime |

**EXHIBIT A TO DECLARATION OF HARRY NICHOLSEN IN SUPPORT OF DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING PAYMENT OF PRE-PETITION PAYROLL OBLIGATIONS**

| Exhibit | Description | Pages |
|---|---|---|
| **A** | **Payroll Report 2/13/2026** | **2-6** |

EXHIBIT A TO DECLARATION OF HARRY NICHOLSEN IN SUPPORT OF DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING PAYMENT OF PRE-PETITION PAYROLL OBLIGATIONS

001

# EXHIBIT A

# Payroll



**Check Date: 2/9/2026**

**Pay Date: 2/13/2026**

| DEPARTMENT | GROSS WAGES | OTHER ADDITIONAL | TOTAL GROSS | ST HOURS | OT HOURS | DT HOURS |
|---|---:|---:|---:|---:|---:|---:|
| (No Employee) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Administrative | 3,651.60 | 0.00 | 3,651.60 | 80.00 | 0.00 | 0.00 |
| Contracts/ Estimating | 10,314.66 | 0.00 | 10,314.66 | 132.28 | 0.00 | 0.00 |
| Crane Operators | 1,502.00 | 0.00 | 1,502.00 | 40.00 | 0.00 | 0.00 |
| Electrical | 3,372.95 | 0.00 | 3,372.95 | 39.50 | 29.58 | 11.57 |
| Environmental | 3,274.80 | 0.00 | 3,274.80 | 40.00 | 0.00 | 0.00 |
| Facilities | 5,529.76 | 0.00 | 5,529.76 | 85.93 | 32.12 | 15.12 |
| Foreman/Supervisor | 13,726.00 | 0.00 | 13,726.00 | 240.00 | 0.00 | 0.00 |
| Management | 6,364.00 | 0.00 | 6,364.00 | 80.00 | 0.00 | 0.00 |
| Outside Machinists | 1,098.64 | 0.00 | 1,098.64 | 38.89 | 0.00 | 0.00 |
| QA | 1,710.15 | 0.00 | 1,710.15 | 44.11 | 0.00 | 0.00 |
| Riggers | 1,783.95 | 0.00 | 1,783.95 | 40.00 | 2.13 | 0.00 |
| Safety | 2,270.40 | 0.00 | 2,270.40 | 40.00 | 0.00 | 0.00 |
| Steel Workers | 6,114.11 | 0.00 | 6,114.11 | 159.97 | 2.84 | 0.00 |
| **Report Total:** | **60,713.02** | **0.00** | **60,713.02** | **1,060.68** | **66.67** | **26.69** |

[NOTE:  No employees listed are officers, members, or other insiders.]



# Payroll



**Check Date:** 2/9/2026
**Pay Date:** 2/13/2026

| DEPARTMENT | GROSS WAGES | OTHER ADDITIONAL | TOTAL GROSS | ST HOURS | OT HOURS | DT HOURS |
|---|---:|---:|---:|---:|---:|---:|
| **(No Employee)** | | | | | | |
| (No Employee) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **(No Employee) Total:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Administrative** | | | | | | |
| | 1,453.20 | 0.00 | 1,453.20 | 40.00 | 0.00 | 0.00 |
| | 2,198.40 | 0.00 | 2,198.40 | 40.00 | 0.00 | 0.00 |
| **Administrative Total:** | 3,651.60 | 0.00 | 3,651.60 | 80.00 | 0.00 | 0.00 |
| **Contracts/ Estimating** | | | | | | |
| | 4,381.06 | 0.00 | 4,381.06 | 52.28 | 0.00 | 0.00 |
| | 3,100.00 | 0.00 | 3,100.00 | 40.00 | 0.00 | 0.00 |
| Manning, John | 2,833.60 | 0.00 | 2,833.60 | 40.00 | 0.00 | 0.00 |
| **Contracts/ Estimating Total:** | 10,314.66 | 0.00 | 10,314.66 | 132.28 | 0.00 | 0.00 |
| **Crane Operators** | | | | | | |
| | 1,502.00 | 0.00 | 1,502.00 | 40.00 | 0.00 | 0.00 |
| **Crane Operators Total:** | 1,502.00 | 0.00 | 1,502.00 | 40.00 | 0.00 | 0.00 |
| **Electrical** | | | | | | |
| | 3,372.95 | 0.00 | 3,372.95 | 39.50 | 29.58 | 11.57 |
| **Electrical Total:** | 3,372.95 | 0.00 | 3,372.95 | 39.50 | 29.58 | 11.57 |
| **Environmental** | | | | | | |
| | 3,274.80 | 0.00 | 3,274.80 | 40.00 | 0.00 | 0.00 |
| **Environmental Total:** | 3,274.80 | 0.00 | 3,274.80 | 40.00 | 0.00 | 0.00 |
| **Facilities** | | | | | | |
| | 4,462.79 | 0.00 | 4,462.79 | 48.00 | 30.07 | 11.57 |
| | 1,066.97 | 0.00 | 1,066.97 | 37.93 | 2.05 | 3.55 |
| **Facilities Total:** | 5,529.76 | 0.00 | 5,529.76 | 85.93 | 32.12 | 15.12 |
| **Foreman/Supervisor** | | | | | | |
| | 1,746.40 | 0.00 | 1,746.40 | 40.00 | 0.00 | 0.00 |
| | 2,201.20 | 0.00 | 2,201.20 | 40.00 | 0.00 | 0.00 |
| | 3,178.80 | 0.00 | 3,178.80 | 40.00 | 0.00 | 0.00 |
| | 2,346.00 | 0.00 | 2,346.00 | 40.00 | 0.00 | 0.00 |
| | 2,260.00 | 0.00 | 2,260.00 | 40.00 | 0.00 | 0.00 |
| | 1,993.60 | 0.00 | 1,993.60 | 40.00 | 0.00 | 0.00 |
| **Foreman/Supervisor Total:** | 13,726.00 | 0.00 | 13,726.00 | 240.00 | 0.00 | 0.00 |
| **Management** | | | | | | |
| | 3,471.20 | 0.00 | 3,471.20 | 40.00 | 0.00 | 0.00 |
| | 2,892.80 | 0.00 | 2,892.80 | 40.00 | 0.00 | 0.00 |
| **Management Total:** | 6,364.00 | 0.00 | 6,364.00 | 80.00 | 0.00 | 0.00 |
| **Outside Machinists** | | | | | | |
| | 1,098.64 | 0.00 | 1,098.64 | 38.89 | 0.00 | 0.00 |
| **Outside Machinists Total:** | 1,098.64 | 0.00 | 1,098.64 | 38.89 | 0.00 | 0.00 |



# Payroll



**Check Date: 2/9/2026**

| DEPARTMENT | GROSS WAGES | OTHER ADDITIONAL | TOTAL GROSS | ST HOURS | OT HOURS | DT HOURS |
|---|---:|---:|---:|---:|---:|---:|
| **QA** | | | | | | |
|  | 1,710.15 | 0.00 | 1,710.15 | 44.11 | 0.00 | 0.00 |
| **QA Total:** | **1,710.15** | **0.00** | **1,710.15** | **44.11** | **0.00** | **0.00** |
| **Riggers** | | | | | | |
|  | 1,783.95 | 0.00 | 1,783.95 | 40.00 | 2.13 | 0.00 |
| **Riggers Total:** | **1,783.95** | **0.00** | **1,783.95** | **40.00** | **2.13** | **0.00** |
| **Safety** | | | | | | |
|  | 2,270.40 | 0.00 | 2,270.40 | 40.00 | 0.00 | 0.00 |
| **Safety Total:** | **2,270.40** | **0.00** | **2,270.40** | **40.00** | **0.00** | **0.00** |
| **Steel Workers** | | | | | | |
|  | 1,440.12 | 0.00 | 1,440.12 | 39.97 | 2.15 | 0.00 |
|  | 1,855.84 | 0.00 | 1,855.84 | 40.00 | 0.09 | 0.00 |
|  | 1,377.72 | 0.00 | 1,377.72 | 40.00 | 0.30 | 0.00 |
|  | 1,440.43 | 0.00 | 1,440.43 | 40.00 | 0.30 | 0.00 |
| **Steel Workers Total:** | **6,114.11** | **0.00** | **6,114.11** | **159.97** | **2.84** | **0.00** |
| **Report Total:** | **60,713.02** | **0.00** | **60,713.02** | **1,060.68** | **66.67** | **26.69** |

## PTO ACCRUAL

| Employee | Earnings 1/Rate | Sick Available | Sick Used | Vacation Available | Vacation Used | Vacation Accrued($) |
|---|---|---|---|---|---|---|
| Wages - Administrative  36.33 | 36.33 | 32.00 | 8.00 | 9.24 | 16.64 | $ 335.69 |
| Wages - Contracts / Management  86.78 | 86.78 | 40.00 | 0.00 | 15.40 | 225.20 | $ 1,336.41 |
| Wages - Facilities  36.73 | 36.73 | 48.00 | 0.00 | 36.17 | 160.00 | $ 1,328.52 |
| Wages - Safety  56.76 | 56.76 | 40.00 | 0.00 | 6.93 | 91.01 | $ 393.35 |
| Wages - Yard Foreman  43.66 | 43.66 | 40.00 | 0.00 | 9.24 | 0.00 | $ 403.42 |
| Wages - Yard Foreman  55.03 | 55.03 | 40.00 | 0.00 | 15.40 | 158.81 | $ 847.46 |
| Wages - Steel Workers  33.34 | 33.34 | 48.00 | 0.00 | 4.77 | 15.50 | $ 159.03 |
| Wages - Administrative  54.96 | 54.96 | 40.00 | 0.00 | 15.40 | 151.02 | $ 846.38 |
| Wages - Rigging  41.30 | 41.30 | 48.00 | 0.00 | 6.33 | 46.84 | $ 261.43 |
| Wages - Environmental  81.87 | 81.87 | 40.00 | 0.00 | 15.40 | 65.60 | $ 1,260.80 |
| Wages - Contracts / Management  77.50 | 77.50 | 40.00 | 0.00 | 11.55 | 0.00 | $ 895.13 |
| Wages - Bid & Proposal  70.84 | 70.84 | 40.00 | 0.00 | 10.10 | 0.00 | $ 715.48 |
| Wages - Outside Machinists  28.25 | 28.25 | 16.00 | 32.00 | 2.83 | 6.88 | $ 79.95 |
| Wages - Yard Foreman  79.47 | 79.47 | 40.00 | 0.00 | 15.40 | 154.59 | $ 1,223.84 |
| Wages - Electrical  31.52 | 31.52 | 48.00 | 0.00 | 24.86 | 103.00 | $ 783.59 |
| Wages - Steel Workers  46.24 | 46.24 | 48.00 | 0.00 | 6.18 | 24.35 | $ 285.76 |
| Wages - Steel Workers  34.06 | 34.06 | 48.00 | 0.00 | 3.09 | 10.34 | $ 105.25 |
| Wages - Steel Workers  35.61 | 35.61 | 48.00 | 0.00 | 3.09 | 10.17 | $ 110.03 |
| Wages - Yard Foreman  58.65 | 58.65 | 40.00 | 0.00 | 15.40 | 134.18 | $ 903.21 |
| Wages - Administrative  72.32 | 72.32 | 16.00 | 24.00 | 15.40 | 227.92 | $ 1,113.73 |
| Wages - Yard Foreman  56.50 | 56.50 | 40.00 | 0.00 | 15.40 | 122.13 | $ 870.10 |
| Wages - Facilities  22.18 | 22.18 | 48.00 | 0.00 | 4.12 | 0.00 | $ 91.38 |
| Wages - Yard Foreman  49.84 | 49.84 | 40.00 | 0.00 | 12.28 | 89.20 | $ 612.04 |