**Binder Malter Harris & Rome-Banks LLP**
Julie H. Rome-Banks #142364
Reno Fernandez #251934
490 Chadbourne Road, Suite A137
Fairfield, CA 94534
(408) 295-1700
julie@bindermalter.com
reno@bindermalter.com

Proposed Attorneys for Debtor in Possession,
Mare Island Dry Dock, LLC

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re:

MARE ISLAND DRY DOCK, LLC,

           Debtor.

Case No. 26-20777-B-11

Chapter 11

## LETTER TO COURT FROM ANDREA SORCE,
## MAYOR OF THE CITY OF VALLEJO, CALIFORNIA

Attached hereto is a letter to the Court received from Andrea Sorce, Mayor of the City of

Vallejo, California, dated February 17, 2026.

Dated: February 18, 2026          BINDER MALTER HARRIS & ROME-BANKS LLP

                      By: /s/ *Reno Fernandez*
                         Reno Fernandez
                         Proposed Attorneys for Debtor in Possession,
                         Mare Island Dry Dock, LLC



City of
VALLEJO
California

Andrea Sorce · Office of the Mayor · 555 Santa Clara Street, Second Floor · Vallejo, CA 94590 · 707.648.4377

February 17, 2026

Chapter 11 Bankruptcy Court
Chapter 11 Trustee

To Whom it May Concern:

As the Mayor of the City of Vallejo, I write in support of Mare Island Dry Dock, LLC in connection with its Chapter 11 filing and reorganization proceedings. For the past thirteen years, Mare Island Dry Dock has been a valued employer and responsible steward on Mare Island, and I support its efforts to continue operations and secure a long-term future in our community.

Mare Island has played a foundational role in the U.S. maritime and defense industry since the establishment of the former Mare Island Naval Shipyard in 1854. Mare Island Dry Dock has been a key part of continuing that legacy since the base closure. In an era of increasing global supply chain vulnerability and renewed federal emphasis on domestic shipbuilding and repair capacity, the continued operation of this infrastructure carries importance that extends beyond local economic impact. At the local level, Mare Island Dry Dock provides skilled, quality jobs and anchors a specialized maritime workforce that would be difficult to replace if dispersed. Their work supports local families and contributes meaningfully to Vallejo's working waterfront and economic base.

While the company faces financial challenges, its decision to seek relief under Chapter 11 reflects a responsible effort to restructure obligations while preserving operational capacity and allowing continued operation in Vallejo. Preserving these jobs and maintaining a productive maritime operation on Mare Island is in the best interest of our community and region.

Sincerely,

Andrea Sorce
Mayor, City of Vallejo