**3**

**Binder Malter Harris & Rome-Banks LLP**
Julie H. Rome-Banks #142364
Reno Fernandez #251934
490 Chadbourne Road, Suite A137
Fairfield, CA 94534
(408) 295-1700
julie@bindermalter.com
reno@bindermalter.com

Proposed Attorneys for Debtor in Possession,
Mare Island Dry Dock, LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| In re: | Case No. 26-20777-B-11 |
|---|---|
| MARE ISLAND DRY DOCK, LLC, | Chapter 11 |
| Debtor. | DCN: BM-5 |
| | Date: February 19, 2026 |
| | Time: 1:30 pm |
| | Dept.: B |
| | Place: 501 I Street, 6th Floor, Courtroom 32 |
| | Sacramento, California |
| | Honorable Christopher D. Jaime |

## INTERIM ORDER AUTHORIZING PAYMENT OF
## PRE-PETITION PAYROLL OBLIGATIONS

A hearing on the *Debtor's Motion for Interim and Final Orders Authorizing Payment of Pre-Petition Payroll Obligations* [Dkt. #8] (the "Motion"), filed by Mare Island Dry Dock, LLC, Debtor in Possession herein, was held on February 19, 2026. Reno Fernandez of Binder Malter Harris & Rome-Banks LLP appeared for the Debtor; Trevor Fehr appeared for the United States Trustee; other appearances were as noted on the record. The Court, having considered the Motion and all evidence offered in connection therewith, having heard the arguments and representations of counsel, for the reasons stated on the record, finding that notice of the relief requested was proper under the

circumstances, and good cause appearing,

        IT IS HEREBY ORDERED that:

        1.      The Motion is GRANTED on an interim basis, pending a final hearing;

        2.      The Debtor, and the Debtor's banks and financial institutions, are authorized to allow pre-petition payments of wages and payroll taxes within the limits of Bankruptcy Code § 507(a)(4), (5), and (8) that were issued pre-petition to clear post-petition;

        3.      The Debtor, and the Debtor's banks and financial institutions, are authorized to honor pre-petition accrued paid time off and similar benefits within the limits of Bankruptcy Code § 507(a)(4);

        4.      This order shall not be construed to authorize payment of any pre-petition accrued wages, paid time off, or benefits for any insiders enumerated in Bankruptcy Code § 101(31);

        5.      The fourteen-day stay provided in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived, and this order shall be effective immediately upon entry;

        6.      The Court retains jurisdiction to hear and determine all disputes and issues arising from or in connection with the subject matter of this order; and

        7.      A final hearing on the Motion shall be held on March 24, 2026, at 11:00 am. Any supplemental briefs or evidence by the Debtor shall be filed on or before February 24, 2026. Notice of the hearing shall be filed and served in accordance with Rule 9014-1(f)(1) of the Local Rules of Practice on or before March 3, 2026, upon (a) any parties affected; (b) the United States Trustee; (c) the Internal Revenue Service; (d) the California Franchise Tax Board; (e) the United States Attorney; (f) the lessor of the Debtor's premises; (g) all secured creditors; (h) the 20 largest unsecured creditors; (i) the Official Committee of Unsecured Creditors (if any); and (i) parties requesting special notice.

///
///
///
///
///
///

Any opposition to final relief shall be filed on or before March 10, 2026. Any reply briefs shall be filed on or before March 17, 2026.

**Dated:** February 23, 2026

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court