**Binder Malter Harris & Rome-Banks LLP**
Jule H. Rome-Banks #142364
Reno Fernandez #251934
490 Chadbourne Road, Suite A137
Fairfield, CA 94534
(408) 295-1700
julie@bindermalter.com
reno@bindermalter.com

Proposed Attorneys for Debtor in Possession,
Mare Island Dry Dock, LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 26-20777-B-11 |
| MARE ISLAND DRY DOCK, LLC, | Chapter 11 |
| Debtor. | DCN: BM-4 |
| | Date: February 19, 2026 |
| | Time: 1:30 pm |
| | Dept.: B |
| | Place: 501 I Street, 6th Floor, Courtroom 32 Sacramento, California |
| | Honorable Christopher D. Jaime |

### INTERIM ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT AND PROHIBITING UTILITY PROVIDERS FROM DISCONTINUING SERVICE

A hearing on the *Debtor's Motion for Interim and Final Orders Determining Adequate Assurance of Payment and Prohibiting Utility Providers from Discontinuing Service* [Dkt. #7] (the "Motion"), filed by Mare Island Dry Dock, LLC, Debtor in Possession herein, was held on February 19, 2026. Reno Fernandez of Binder Malter Harris & Rome-Banks LLP appeared for the Debtor; Trevor Fehr appeared for the United States Trustee; other appearances were as noted on the record. The Court, having considered the Motion and all evidence offered in connection therewith, the arguments and representations of counsel, for the reasons stated on the record, finding that notice of

the requested relief was proper under the circumstances, and good cause appearing,

IT IS HEREBY ORDERED that

1. The Motion is GRANTED on an interim basis, pending a final hearing.

2. Deposits equal to half of the typical monthly billing of the Debtors' utility providers, identified below (each a "Utility Provider" and, collectively, the "Utility Providers"), in the following amounts, are approved and determined to be adequate assurance of payment under Bankruptcy Code § 366:

| Utility Provider | Acct. Nos. | Deposit |
|---|---|---|
| Island Energy Company | 100004001 to 100004016 | $ 46,766.00 |
| City of Vallejo | 258929-72380, 258929-72402, 258929-72444, 258929-81294, 258929-81304 | $ 6,850.00 |
| Recology Vallejo | 8100161879 | $ 3,750.00 |
| AT&T | 831-001-1569 857 | $ 900.00 |
| Pacific States Petroleum | 0002590 | $ 1,250.00 |
| **Total:** | | **$ 59,516.00** |

(Each a "Deposit" and, collectively, the "Deposits"). The Debtor shall not be required to pay or do anything in addition to paying the Deposits in order to establish adequate assurance of payment.

3. The Debtor is authorized to pay the aforesaid Deposits to the aforesaid Utility Providers, and the Utility Providers are directed to accept and hold such Deposits and to apply them only in the event that the Debtor is in default of payment obligations.

4. Each Utility Provider that has received such a Deposit is prohibited and enjoined from altering, refusing, or discontinuing service to, or discriminating against, the Debtor on the basis of the commencement of this case, the existence of any pre-petition indebtedness, any perceived inadequacy of the Deposits.

5. The fourteen-day stay provided in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived, and this order shall be effective immediately upon entry.

6. The Court retains jurisdiction to hear and determine all disputes and issues arising from or in connection with the subject matter of this order.

7. For such other and further relief as the court may deem necessary and proper.

8. A final hearing on the Motion shall be held on March 24, 2026, at 11:00 am. Any supplemental briefs or evidence by the Debtor shall be filed on or before February 24, 2026. Notice of the hearing shall be filed and served in accordance with Rule 9014-1(f)(1) of the Local Rules of Practice on or before March 3, 2026, upon (a) any parties affected; (b) the United States Trustee; (c) the Internal Revenue Service; (d) the California Franchise Tax Board; (e) the United States Attorney; (f) the lessor of the Debtor's premises; (g) all secured creditors; (h) the 20 largest unsecured creditors; (i) the Official Committee of Unsecured Creditors (if any); and (i) parties requesting special notice. Any opposition to final relief shall be filed on or before March 10, 2026. Any reply briefs shall be filed on or before March 17, 2026.

**Dated:** February 23, 2026

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court
INTERIM ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT AND
PROHIBITING UTILITY PROVIDERS FROM DISCONTINUING SERVICE                                   Page 3