# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In Re:<br><br>MARE ISLAND DRY DOCK, LLC,<br><br><br><br>Debtor(s) | Case Number: 26-20777-B-11<br>Chapter 11<br>DCN: BM-7 |
|---|---|

## MOTION TO EXTEND TIME TO FILE DOCUMENTS

I/we request an extension of time, not to exceed fourteen (14) days from the current deadline, to file the documents listed in the Court's Notice of Incomplete filing.

I/we need extra time for the following reasons:

The Debtor's financial affairs are complex, and additional time is needed. The Debtor operates an active shipyard, currently encumbered by a 20,000 ton ship. Payroll is between $35,000 to $150,000 per week. Preliminary hearings on first-day motions were held on February 19, 2026. The IDI is scheduled for March 19, and the § 341 meeting is March 25, 2026. Extending time will not interfere with the schedule for this case.

I/we understand that if all the documents listed in the Court's Notice of Incomplete Filing are not filed by the Extended due date, this case will be dismissed without a further notice or hearing.

DATED: February 25, 2026

/s/ Reno Fernandez
Debtor's Counsel

EDC Form 3-030, New 9/22