Fill in this information to identify the case:

Debtor name          **Mare Island Dry Dock, LLC**

United States Bankruptcy Court for the:

**Eastern District of California**

Case number (if known):     **26-20777-B-11**

❏ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1.    Gross revenue from business**

❏ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other **Scrap/Other Income** | **$544,017.00** |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other **Scrap/Other Income** | **$27,971,291.00** |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other **Scrap/Other Income** | **$55,949,744.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

❏ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | **Interest Income** | **$1,214.00** |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | **Interest Income** | **$9,512.00** |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | **Interest Income** | **$31,969.00** |

Debtor **Mare Island Dry Dock, LLC**                          Case number *(if known)*     **26-20777-B-11**
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Advanced Chemical Transport, Inc.** <br> Creditor's name <br> **6940 Tremont Road** <br> Street <br> **(dba ACTenviro)** <br> **Dixon, CA 95620** <br> City          State      ZIP Code | **12/09/2025** | **$11,932.44** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ☑ Services <br> ❏ Other _____ |
| 3.2.  **Alliance Environmental Group, LLC** <br> Creditor's name <br> **777 North Georgia Avenue** <br> Street <br>  <br> **Azusa, CA 91702** <br> City          State      ZIP Code | **12/09/2025** | **$16,894.00** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ☑ Services <br> ❏ Other _____ |
| 3.3.  **American Longshore Mutual Association, Ltd.** <br> Creditor's name <br> **PO Box 934368** <br> Street <br>  <br> **Atlanta, GA 31193** <br> City          State      ZIP Code | **12/08/2025** <br> **01/05/2026** | **$70,656.86** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ☑ Other **Insurance Premiums** |
| 3.4.  **American Express** <br> Creditor's name <br> **PO Box 360001** <br> Street <br> **dba Amex @ Work** <br> **Fort Lauderdale, FL 33336** <br> City          State      ZIP Code | **11/19/2025** <br> **12/20/2025** | **$16,110.03** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ☑ Other **Credit Card** |
| 3.5.  **APEX Coating LLC** <br> Creditor's name <br> **303 4th Street** <br> Street <br>  <br> **Oakland, CA 94607** <br> City          State      ZIP Code | **11/24/2025** <br> **12/02/2025** <br> **12/02/2025** <br> **12/09/2025** | **$197,046.60** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ☑ Services <br> ❏ Other _____ |

Debtor    **Mare Island Dry Dock, LLC**                                    Case number *(if known)*    **26-20777-B-11**
     Name

| | | | | |
|---|---|---|---|---|
| 3.6. | **Bay Area Crating Services, Inc.**<br>Creditor's name | **12/09/2025** | **$16,742.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **1064 Serpentine Lane B**<br>Street | | | |
| | **Pleasanton, CA 94566**<br>City      State     ZIP Code | | | |
| 3.7. | **Berkley Fire Marine Underwriters**<br>Creditor's name | **11/24/2025**<br><br>**01/15/2026** | **$12,350.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Insurance Premiums** |
| | **PO Box 639806**<br>Street | | | |
| | **Cincinnati, OH 45263**<br>City      State     ZIP Code | | | |
| 3.8. | **Bradley Tanks, Inc.**<br>Creditor's name | **11/24/2025**<br><br>**12/09/2025** | **$30,604.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **402 Hartz Avenue Bldg. C**<br>Street | | | |
| | **Danville, CA 94526**<br>City      State     ZIP Code | | | |
| 3.9. | **Buhl Diving & Salvage**<br>Creditor's name | **11/24/2025** | **$14,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **3178 Withers Avenue**<br>Street | | | |
| | **Lafayette, CA 94549**<br>City      State     ZIP Code | | | |
| 3.10. | **California Dept of Tax and Fee Administration**<br>Creditor's name | **01/08/2026**<br><br>**01/15/2026** | **$14,873.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Taxes & Fees** |
| | **PO Box 942879**<br>Street | | | |
| | **Sacramento, CA 94279**<br>City      State     ZIP Code | | | |
| 3.11. | **Cardmember Service**<br>Creditor's name | **11/24/2025**<br><br>**12/22/2025**<br><br>**12/29/2025** | **$12,150.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Credit Card** |
| | **PO Box 6294**<br>Street | | | |
| | **Carol Stream, IL 60197**<br>City      State     ZIP Code | | | |

Debtor  **Mare Island Dry Dock, LLC**                     Case number *(if known)*     **26-20777-B-11**
        Name

---

**3.12.** **Case Marine Inc.**           **12/15/2025**        **$71,549.14**
Creditor's name

**18802 67th Avenue NE**
Street

**Arlington, WA 98223**
City              State     ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

---

**3.13.** **Dees Design and Engineering**   **12/20/2025**        **$14,470.00**
Creditor's name

**1419 Francis Street**
Street

**Crockett, CA 94525**
City              State     ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

---

**3.14.** **Del Toro Global Associates**     **11/18/2025**        **$35,795.77**
Creditor's name

**9380 Mount Vernon Circle**
Street

**Alexandria, VA 22309**
City              State     ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

---

**3.15.** **Fairbanks Morse, LLC**         **11/25/2025**        **$41,854.07**
Creditor's name

**PO Box 95424**
Street

**Chicago, IL 60694**
City              State     ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

---

**3.16.** **Golden Bay Security Services**   **11/18/2025**        **$46,464.00**
Creditor's name

**1175 Nimitz Avenue #270**     **12/02/2025**
Street

                              **12/15/2025**

**Vallejo, CA 94592**         **12/29/2025**
City              State     ZIP Code

**01/05/2026**

**01/15/2026**

**01/20/2026**

**01/26/2026**

**02/04/2026**

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

---

**3.17.** **Hunt Valve Company, Inc.**     **12/02/2025**      **$377,525.75**
Creditor's name

**1913 East State Street**       **12/02/2025**
Street

**Salem, OH 44460**
City              State     ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

| 3.18. | **Industry Uptime, Inc.** | **11/18/2025** | **$21,200.00** |
|---|---|---|---|

Creditor's name

**PO Box 603**
Street

**Meadow Vista, CA 95722**
City                          State          ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

| 3.19. | **IPFS Corporation of California** | **11/24/2025** | **$91,475.02** |
|---|---|---|---|

Creditor's name

**PO Box 32144**          **01/05/2026**
Street

                          **02/11/2026**

**New York, NY 10087**
City                          State          ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ **Insurance Premium**
Other **Financing**

| 3.20. | **Island Energy Company** | **11/24/2025** | **$109,810.35** |
|---|---|---|---|

Creditor's name

**995 Walnut Avenue**          **12/15/2025**
Street

**Vallejo, CA 94592**
City                          State          ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Power**

| 3.21. | **Kaiser Permanente** | **11/18/2025** | **$278,448.19** |
|---|---|---|---|

Creditor's name

**PO Box 741562**          **12/22/2025**
Street

**Los Angeles, CA 90074**
City                          State          ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Health Insurance**

| 3.22. | **Lane General LLC** | **11/18/2025** | **$27,259.32** |
|---|---|---|---|

Creditor's name

**1414 Hudson Avenue**          **12/02/2025**
Street

                          **11/18/2025**

**Moraga, CA 94575**          **12/02/2025**
City                          State          ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Equipment Lease**

| 3.23. | **Lind Marine, LLC** | **11/18/2025** | **$269,935.00** |
|---|---|---|---|

Creditor's name

**1175 Nimitz Avenue Suite 120**          **11/18/2025**
Street

**Attn: Allister Aaron, CFO**          **11/24/2025**

**Vallejo, CA 94592**          **12/02/2025**
City                          State          ZIP Code

                          **12/09/2025**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

Debtor    **Mare Island Dry Dock, LLC**                               Case number *(if known)*    **26-20777-B-11**
          Name

3.24.  **Maritech LLC**                    **12/02/2025**        **$22,500.00**      ☐ Secured debt
       Creditor's name                                                              ☐ Unsecured loan repayments
       **100 Powdermill Road PMB 341**                                              ☐ Suppliers or vendors
       Street                                                                       ☑ Services
                                                                                    ☐ Other _____
       **Acton, MA 01720**
       City            State       ZIP Code

3.25.  **Martinez Sheet Metal, Inc.**      **12/09/2025**        **$18,566.25**      ☐ Secured debt
       Creditor's name                                                              ☐ Unsecured loan repayments
       **4040 Pacheco Boulevard**                                                   ☐ Suppliers or vendors
       Street                                                                       ☑ Services
                                                                                    ☐ Other _____
       **Martinez, CA 94553**
       City            State       ZIP Code

3.26.  **M.D. Marine Electric, LTD**       **11/19/2025**        **$76,883.53**      ☐ Secured debt
       Creditor's name                                                              ☐ Unsecured loan repayments
       **672 East 11th Street**                                                     ☐ Suppliers or vendors
       Street                                                                       ☑ Services
                                                                                    ☐ Other _____
       **Tacoma, WA 98421**
       City            State       ZIP Code

3.27.  **MobileHRnow, LLC**                **11/19/2025**        **$45,000.00**      ☐ Secured debt
       Creditor's name                                                              ☐ Unsecured loan repayments
       **2601 Bardon Avenue Unit 402**     **12/02/2025**                           ☐ Suppliers or vendors
       Street                                                                       ☑ Services
                                           **12/29/2025**                           ☐ Other _____
       **Superior, WI 54880**              **02/04/2026**
       City            State       ZIP Code

3.28.  **Oceanwide Repair, LLC**           **11/24/2025**        **$205,857.00**     ☐ Secured debt
       Creditor's name                                                              ☐ Unsecured loan repayments
       **PO Box 9100**                     **12/09/2025**                           ☐ Suppliers or vendors
       Street                                                                       ☑ Services
                                           **12/09/2025**                           ☐ Other _____
       **Long Beach, CA 90810**            **12/15/2025**
       City            State       ZIP Code

3.29.  **Offshore Inland Marine & Oilfield**  **11/24/2025**     **$138,948.80**     ☐ Secured debt
       **Services, Inc.**                                                           ☐ Unsecured loan repayments
       Creditor's name                     **12/09/2025**                           ☐ Suppliers or vendors
       **640 South Barracks Street**                                                ☑ Services
       Street                                                                       ☐ Other _____

       **Pensacola, FL 32502**
       City            State       ZIP Code

Debtor  **Mare Island Dry Dock, LLC**                                    Case number *(if known)*     **26-20777-B-11**
        Name

| 3.30. | **Pacific Marine Maintenance Corp.** | **11/19/2025** | **$54,350.00** | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **1306 Shea Terrace** | **12/20/2025** | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | | | | ☐ Other _____ |
| | **Vallejo, CA 94591** | | | |
| | City            State      ZIP Code | | | |

| 3.31. | **Pacific Maritime Group, Inc.** | **11/24/2025** | **$100,000.00** | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **P.O. Box 13828** | **12/09/2025** | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | | | | ☐ Other _____ |
| | **San Diego, CA 92170** | | | |
| | City            State      ZIP Code | | | |

| 3.32. | **Paul Gates** | **01/15/2026** | **$15,718.00** | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **37 Margaret Drive** | **01/20/2026** | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | | **01/26/2026** | | ☐ Other _____ |
| | **Walnut Creek, CA 94596** | **02/04/2026** | | |
| | City            State      ZIP Code | | | |
| | | **02/12/2026** | | |

| 3.33. | **Performance Abatement Services, Inc.** | **12/02/2025** | **$22,520.56** | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **PO Box 872346** | | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | | | | ☐ Other _____ |
| | **Kansas City, MO 64187** | | | |
| | City            State      ZIP Code | | | |

| 3.34. | **Performance Contracting Inc.** | **12/02/2025** | **$18,175.25** | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **PO Box 872346** | | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | | | | ☐ Other _____ |
| | **Kansas City, MO 64187** | | | |
| | City            State      ZIP Code | | | |

| 3.35. | **PowerPlus** | **11/24/2025** | **$29,053.14** | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **5500 East La Palma Ave** | **12/09/2025** | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | | **12/15/2025** | | ☐ Other _____ |
| | **Anaheim, CA 92807** | | | |
| | City            State      ZIP Code | | | |

3.36. **Prospect Marine Repair, Inc.**     **11/24/2025**        **$18,734.40**    ☐ Secured debt
      Creditor's name                                                              ☐ Unsecured loan repayments
      **774 Barkley Avenue**               **12/29/2025**                          ☐ Suppliers or vendors
      Street                                                                       ☐ Services
                                           **02/13/2026**                          ☑ Other **Engines & Parts**

      **East Meadow, NY 11554**
      City            State     ZIP Code

3.37. **Ramp Business Corporation**        **12/15/2025**        **$20,184.13**    ☐ Secured debt
      Creditor's name                                                              ☐ Unsecured loan repayments
      **28 West 23rd Street 2d Floor**                                             ☐ Suppliers or vendors
      Street                                                                       ☐ Services
                                                                                   ☑ Other **Credit Card**

      **New York, NY 10010**
      City            State     ZIP Code

3.38. **Silicon Valley Accountancy**       **12/20/2025**        **$36,396.00**    ☐ Secured debt
      Creditor's name                                                              ☐ Unsecured loan repayments
      **3150 Almaden Expressway**          **12/29/2025**                          ☐ Suppliers or vendors
      Street                                                                       ☑ Services
                                                                                   ☐ Other

      **San Jose, CA 95118**
      City            State     ZIP Code

3.39. **Sound Propeller Systems**          **11/25/2025**        **$32,800.00**    ☐ Secured debt
      Creditor's name                                                              ☐ Unsecured loan repayments
      **29 East Marine View Drive Suite B**                                        ☐ Suppliers or vendors
      Street                                                                       ☑ Services
                                                                                   ☐ Other

      **Everett, WA 98201**
      City            State     ZIP Code

3.40. **California Water Resources Control**  **11/25/2025**     **$35,432.00**    ☐ Secured debt
      **Board**                                                                    ☐ Unsecured loan repayments
      Creditor's name                      **12/02/2025**                          ☐ Suppliers or vendors
      **PO Box 1888**                                                              ☐ Services
      Street                               **01/21/2026**                          ☑ Other **Certification Fees**

      **Sacramento, CA 95812**
      City            State     ZIP Code

3.41. **Sutter Law, P.C**                  **02/13/2026**        **$16,909.50**    ☐ Secured debt
      Creditor's name                                                              ☐ Unsecured loan repayments
      **51 Moraga Way Suite 2**                                                    ☐ Suppliers or vendors
      Street                                                                       ☑ Services
                                                                                   ☐ Other

      **Orinda, CA 94563**
      City            State     ZIP Code

Debtor   **Mare Island Dry Dock, LLC**                              Case number *(if known)*   **26-20777-B-11**
         Name

| 3.42. | **TEAM, Inc.** | 12/09/2025 | $22,961.65 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **4650 East Second Street** | | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | | | | ☐ Other _____ |
| | **Benicia, CA 94510** | | | |
| | City          State    ZIP Code | | | |

| 3.43. | **The Nimitz Group, LLC** | 12/11/2025 | $762,298.16 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **1195 Walnut Avenue Quarters H** | 12/09/2025 | | ☐ Suppliers or vendors |
| | Street | 12/11/2025 | | ☐ Services |
| | | | | ☑ Other **Rent** |
| | **Vallejo, CA 94592** | 12/09/2025 | | |
| | City          State    ZIP Code | 12/11/2025 | | |
| | | 11/25/2025 | | |
| | | 12/09/2025 | | |
| | | 12/09/2025 | | |
| | | 12/11/2025 | | |
| | | 01/08/2026 | | |
| | | 01/28/2026 | | |
| | | 01/30/2026 | | |
| | | 12/09/2025 | | |

| 3.44. | **Trinity Consultants, Inc.** | 11/24/2025 | $11,233.04 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **PO Box 972047** | 11/24/2025 | | ☐ Suppliers or vendors |
| | Street | 12/15/2025 | | ☑ Services |
| | | | | ☐ Other _____ |
| | **Dallas, TX 75397** | 01/15/2026 | | |
| | City          State    ZIP Code | | | |

| 3.45. | **United Rentals, Inc.** | 11/18/2025 | $14,600.50 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **PO Box 051122** | 11/18/2025 | | ☐ Suppliers or vendors |
| | Street | 11/18/2025 | | ☐ Services |
| | | | | ☑ Other **Equipment Rentals** |
| | **Los Angeles, CA 90074** | 11/18/2025 | | |
| | City          State    ZIP Code | 11/18/2025 | | |
| | | 11/24/2025 | | |
| | | 11/24/2025 | | |
| | | 11/24/2025 | | |

Debtor **Mare Island Dry Dock, LLC**                    Case number *(if known)*    **26-20777-B-11**
         Name

|  |  |  |  |
|---|---|---|---|
| | **12/15/2025** | | |
| | **12/15/2025** | | |

3.46. **Vallejo Electric Motor, Inc.**    **12/09/2025**    **$10,700.25**
Creditor's name
**271 Bagley Street Unit 100**    **12/22/2025**
Street

**Vallejo, CA 94592**
City            State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

3.47. **Williams Scotsman, Inc.**    **11/18/2025**    **$36,484.97**
Creditor's name
**PO Box 91975**    **11/18/2025**
Street
                    **11/18/2025**

**Chicago, IL 60693**    **11/24/2025**
City            State    ZIP Code
                    **11/24/2025**
                    **12/09/2025**
                    **12/09/2025**

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Harry Nicholsen**<br>Creditor's name<br>**795 Higbie Lane**<br>Street<br><br>**West Islip, NY 11795**<br>City    State    ZIP Code<br>**Relationship to debtor**<br>**Chief Financial Officer** | **12/22/2025**<br>**11/19/2025**<br>**10/09/2025**<br>**09/09/2025**<br>**07/24/2025**<br>**06/16/2025**<br>**04/03/2025** | **$65,328.31** | **Reimbursements for business expenses.** |

Debtor　**Mare Island Dry Dock, LLC**
　　　　Name

Case number *(if known)*　　**26-20777-B-11**

| 4.2. | **Steven DiLeo** | **5/14/2025** | **$104,124.83** | **Reimbursements for business** |
|---|---|---|---|---|
| | Creditor's name | | | **expenses.** |
| | **51 Admirals Drive East** | **6/17/2025** | | |
| | Street | | | |
| | | **7/21/2025** | | |
| | | | | |
| | **Bay Shore, NY 11706** | **8/19/2025** | | |
| | City　　State　ZIP Code | | | |
| | Relationship to debtor | **9/18/2025** | | |
| | **President** | **10/15/2025** | | |
| | | **11/24/2025** | | |
| | | **12/22/2025** | | |
| | | **12/29/2025** | | |
| | | **5/7/2025** | | |
| | | **8/25/2025** | | |
| | | **11/12/2025** | | |

**5.　Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| City　　State　ZIP Code | | | |

**6.　Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City　　State　ZIP Code | | | |

Debtor **Mare Island Dry Dock, LLC**                                                  Case number *(if known)*  **26-20777-B-11**
           Name

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❏ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| | **Oceanwide Repair, LLC v. Mare Island Dry Dock, LLC** | **Breach of Contract** | **U.S. District Court for the Eastern District of California**<br>Name<br><br>**501 I Street Room 4-200**<br>Street | ☑ Pending<br>❏ On appeal<br>❏ Concluded |
| | Case number<br><br>**2:26-cv-00074-JDP** | | **Sacramento, CA 95814**<br>City          State          ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
| --- | --- | --- | --- |
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | City          State          ZIP Code | Case number | Street |
| | | Date of order or assignment | City          State          ZIP Code |

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

❏ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| | **Vallejo Yacht Club**<br>Recipient's name<br>**485 Mare Island Way**<br>Street<br><br>**Vallejo, CA 94590**<br>City          State          ZIP Code | **Cash** | **02/29/2024** | **$1,500.00** |
| | Recipient's relationship to debtor<br>**None** | | | |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **12**

Debtor    **Mare Island Dry Dock, LLC**    Case number *(if known)*    **26-20777-B-11**
_____
Name

9.2. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|
| **Rosemont High School** | **Cash** | **03/22/2024** | **$2,461.39** |
| Recipient's name | | | |
| **9594 Kiefer Boulevard** | | | |
| Street | | | |

**Sacramento, CA 95827**
City          State     ZIP Code

**Recipient's relationship to debtor**

**None**

9.3. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|
| **Dutra Museum Foundation** | **Cash** | **04/29/2024** | **$2,500.00** |
| Recipient's name | | | |
| **345 St. Gertrudes Avenue** | | | |
| Street | | | |

**Rio Vista, CA 94571**
City          State     ZIP Code

**Recipient's relationship to debtor**

**None**

9.4. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|
| **Guide Dogs of America** | **Cash** | **05/20/2024** | **$2,000.00** |
| Recipient's name | | | |
| **13479 Glenoaks Boulevard** | | | |
| Street | | | |

**Sylmar, CA 91342**
City          State     ZIP Code

**Recipient's relationship to debtor**

**None**

9.5. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|
| **Pippin Dew Mayoral Campaign** | **Cash** | **05/28/2024** | **$3,000.00** |
| Recipient's name | | | |
| **426 First Street** | | | |
| Street | | | |

**Benicia, CA 94510**
City          State     ZIP Code

**Recipient's relationship to debtor**

**None**

Debtor    **Mare Island Dry Dock, LLC**                                    Case number *(if known)*    **26-20777-B-11**
          Name

| 9.6. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Nicole Jackson (GoFundMe for Ron** <br> Recipient's name <br><br> **Jackson Memorial) 833 Moffat Lane** <br> Street <br><br><br> **Virginia Beach, VA 23464** <br> City          State     ZIP Code | **Cash** | **08/01/2024** | **$3,000.00** |

Recipient's relationship to debtor

**None**

| 9.7. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Solano Sunset Rotary Club** <br> Recipient's name <br><br> **425 Virginia Street** <br> Street <br><br><br> **Vallejo, CA 94590** <br> City          State     ZIP Code | **Cash** | **12/09/2024** | **$2,500.00** |

Recipient's relationship to debtor

**None**

| 9.8. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **I.A.M. District Lodge 26** <br> Recipient's name <br><br> **300 State Street** <br> Street <br><br><br> **New London, CT 06320** <br> City          State     ZIP Code | **Cash** | **03/27/2025** | **$1,800.00** |

Recipient's relationship to debtor

**Union Lodge**

| 9.9. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Solano Association of Realtors** <br> Recipient's name <br><br> **Foundation 1302 Springs Road** <br> Street <br><br><br> **Vallejo, CA 94591** <br> City          State     ZIP Code | **Cash** | **04/16/2025** | **$1,500.00** |

Recipient's relationship to debtor

**None**

Debtor   **Mare Island Dry Dock, LLC**           Case number *(if known)*   **26-20777-B-11**
Name

| 9.10. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Dutra Museum Foundation** | **Cash** | **04/21/2025** | **$2,800.00** |
| | Recipient's name | | | |
| | **345 St. Gertrudes Avenue** | | | |
| | Street | | | |
| | **Rio Vista, CA 94571** | | | |
| | City   State   ZIP Code | | | |

Recipient's relationship to debtor

**None**

| 9.11. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Michael & Joyce Day Memorial** | **Cash** | **06/12/2025** | **$5,000.00** |
| | Recipient's name | | | |
| | **8201 Capwell Drive** | | | |
| | Street | | | |
| | **Oakland, CA 94621** | | | |
| | City   State   ZIP Code | | | |

Recipient's relationship to debtor

**None**

| 9.12. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Vallejo First Corporation** | **Cash** | **06/20/2025** | **$2,500.00** |
| | Recipient's name | | | |
| | **PO Box 4648** | | | |
| | Street | | | |
| | **Vallejo, CA 94590** | | | |
| | City   State   ZIP Code | | | |

Recipient's relationship to debtor

**None**

| 9.13. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Vallejo Chamber of Commerce** | **Cash** | **08/08/2025** | **$3,500.00** |
| | Recipient's name | | | |
| | **425A Virginia Street** | | | |
| | Street | | | |
| | **Vallejo, CA 94590** | | | |
| | City   State   ZIP Code | | | |

Recipient's relationship to debtor

**None**

Debtor    **Mare Island Dry Dock, LLC**       Case number *(if known)*    **26-20777-B-11**
       Name

| 9.14. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Vallejo Waterfront Weekend**<br>Recipient's name | **Cash** | **09/10/2025** | **$2,500.00** |
| | **289 Mare Island Way**<br>Street | | | |
| | **Vallejo, CA 94590**<br>City    State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **None** | | | |

| 9.15. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **iRecreate (Half Marathon)**<br>Recipient's name | **Cash** | **05/28/2024** | **$1,000.00** |
| | **129 Skyway Drive**<br>Street | | | |
| | **Vallejo, CA 94591**<br>City    State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **None** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

Debtor  **Mare Island Dry Dock, LLC**                                        Case number *(if known)*    **26-20777-B-11**
        Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Binder Malter Harris Rome-Banks LLP** | **Retainer** | **01/12/2026** | **$22,395.56** |
| | **Address** | **Retainer** | **02/13/2026** | **$150,000.00** |
| | **490 Chadbourne Road, Suite A137**<br>Street | **Retainer** | **12/01/2025** | **$25,000.00** |
| | | **Retainer** | **12/31/2025** | **$35,338.00** |
| | **Fairfield, CA 94534**<br>City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **reno@bindermalter.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | **Mare Island Dry Dock, LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor   **Mare Island Dry Dock, LLC**      Case number *(if known)*    **26-20777-B-11**

Name

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | **Martin Moran** | **Debtor sold used 2020 Nissan Rogue with 75,150 miles for $8,500 based on comparable listings.** | **02/12/2026** | **$8,500.00** |
| | **Address** | | | |
| | **555 Naples Street Apt. 614** | | | |
| | Street | | | |
| | | | | |
| | **Chula Vista, CA 91911** | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **CFO's stepson** | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | From _____ To _____ |

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street | | _____ |
| _____ <br> City   State   ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> _____ <br> _____ | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

Debtor **Mare Island Dry Dock, LLC**                     Case number *(if known)*  **26-20777-B-11**
Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes.  State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Mechanics Bank, N.A.** <br> Name <br> **1111 Civic Drive** <br> Street <br> <br> **Walnut Creek, CA 94596** <br> City          State     ZIP Code | XXXX– **3 6 3 0** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | **01/30/2026** | **$14,597.89** |
| 18.2 **Mechanics Bank, N.A.** <br> Name <br> **1111 Civic Drive** <br> Street <br> <br> **Walnut Creek, CA 94596** <br> City          State     ZIP Code | XXXX– **5 8 2 3** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | **01/30/2026** | **$21,189.10** |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **Mare Island Dry Dock, LLC**        Case number *(if known)*    **26-20777-B-11**

Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | Address | |
| | City   State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | Address | |
| | City   State   ZIP Code | | | |

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

---

### Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **20**

Debtor    **Mare Island Dry Dock, LLC**           Case number *(if known)*     **26-20777-B-11**
       Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Mare Island Dry Dock** <br> Name <br> **1180 Nimitz Avenue** <br> Street <br><br> **Vallejo    CA    94592** <br> City    State    ZIP Code | **CA Dept. of Toxic Substances** <br> Name <br> **1001 I Street** <br> Street <br><br> **Sacramento    CA    95812** <br> City    State    ZIP Code | ~~Spent abrasives, Excludable~~ ~~Recyclable Material (ERM). Cal.~~ ~~Health & Safety Code §§ 25143 et~~ ~~seq., 25185 et seq., 25189 et seq. No~~ ~~action.~~ | **12/17/2021** |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Mare Island Dry Dock** <br> Name <br> **1180 Nimitz Avenue (Berth 14)** <br> Street <br><br> **Vallejo    CA    94592** <br> City    State    ZIP Code | **National Response Center, CA Office of Emergency Services, CA Certified Unified Program Agencies, etc.** <br> Name <br><br> Street <br><br> **Multiple** <br> City    State    ZIP Code | ~~One cup of hydraulic oil.~~ | **07/12/2021** |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Mare Island Dry Dock** <br> Name <br> **1180 Nimitz Avenue (Berth 12)** <br> Street <br><br> **Vallejo    CA    94592** <br> City    State    ZIP Code | **National Response Center, CA Office of Emergency Services, CA Certified Unified Program Agencies, etc.** <br> Name <br><br> Street <br><br> **Multiple** <br> City    State    ZIP Code | ~~Unknown sheen reported, est. one~~ ~~cup.~~ | **01/14/2019** |

Debtor    **Mare Island Dry Dock, LLC**      Case number *(if known)*    **26-20777-B-11**
Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Mare Island Dry Dock**<br>Name<br>**1180 Nimitz Avenue (Berth 12)**<br>Street<br><br>**Vallejo**    **CA**    **94592**<br>City    State    ZIP Code | **National Response Center, CA Office of Emergency Services, CA Certified Unified Program Agencies, etc.**<br>Name<br><br>Street<br><br>**Multiple**<br>City    State    ZIP Code | ~~Ten gallons of diesel tank wash water spill.~~ | **02/05/2017** |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Mare Island Dry Dock**<br>Name<br>**1180 Nimitz Avenue**<br>Street<br><br>**Vallejo**    **CA**    **94592**<br>City    State    ZIP Code | **National Response Center, CA Office of Emergency Services, CA Certified Unified Program Agencies, etc.**<br>Name<br><br>Street<br><br>**Multiple**<br>City    State    ZIP Code | ~~Five to ten gallon engine oil spill.~~ | **08/27/2025** |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Mare Island Dry Dock**<br>Name<br>**1180 Nimitz Avenue (Berth 12)**<br>Street<br><br>**Vallejo**    **CA**    **94592**<br>City    State    ZIP Code | **National Response Center, CA Office of Emergency Services, CA Certified Unified Program Agencies, etc.**<br>Name<br><br>Street<br><br>**Multiple**<br>City    State    ZIP Code | ~~Zero to 1,500 gallon sewage spill.~~ | **08/17/2018** |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.<br>Name<br><br>Street<br><br>City    State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

Debtor    **Mare Island Dry Dock, LLC**                                    Case number *(if known)*    **26-20777-B-11**
_____ Name _____

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **CBIZ, Inc.**<br>Name<br>**PO Box 9500-2288**<br>Street<br><br>**Philadelphia, PA 19195**<br>City          State          ZIP Code | From **11/05/2024**   To **N/A** |
| Name and address | Dates of service |
| 26a.2. **Marcum LLP**<br>Name<br>**250 Pehle Avenue Suite 601**<br>Street<br><br>**Saddle Brook, NJ 07663**<br>City          State          ZIP Code | From **01/2022**   To **11/04/2024** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **CBIZ, Inc.**<br>Name<br>**PO Box 9500-2288**<br>Street<br><br>**Philadelphia, PA 19195**<br>City          State          ZIP Code | From **11/05/2024**   To **N/A** |
| Name and address | Dates of service |
| 26b.2. **Marcum LLP**<br>Name<br>**250 Pehle Avenue Suite 601**<br>Street<br><br>**Saddle Brook, NJ 07663**<br>City          State          ZIP Code | From **01/2022**   To **11/04/2024** |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **CBIZ, Inc.**<br>Name<br>**PO Box 9500-2288**<br>Street<br><br>**Philadelphia, PA 19195**<br>City          State          ZIP Code | |

Debtor    **Mare Island Dry Dock, LLC**                                    Case number *(if known)*    **26-20777-B-11**
          Name

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.2.

**Marcum LLP**
Name

**250 Pehle Avenue Suite 601**
Street

_____

**Saddle Brook, NJ 07663**
City                          State                    ZIP Code

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| **Name and address** |
|---|

26d.1.   **Primary Capital LLC**
         Name

         **29 Broadway Suite 1502**
         Street

         _____

         **New York, NY 10006**
         City                          State                    ZIP Code

| **Name and address** |
|---|

26d.2.   **C6 Capital LLC**
         Name

         **441 Lexinton Avenue**
         Street

         _____

         **New York, NY 10017**
         City                          State                    ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| | | |

| **Name and address of the person who has possession of inventory records** |
|---|

27.1.

Name

Street

_____

City                          State                    ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **24**

Debtor __**Mare Island Dry Dock, LLC**__          Case number *(if known)* ___**26-20777-B-11**___
Name

| | | | |
|---|---|---|---|
| __Harry Nicholsen__ | __795 Higbie Lane West Islip, NY 11795__ | __Chief Financial Officer__ | __0.00%__ |
| __Steven DiLeo__ | __51 Admirals Drive East Bay Shore, NY 11706__ | __President, Board of Managers__ | __0.00%__ |
| __Mare Island Dry Dock Investment LLC__ | __1180 Nimitz Avenue Vallejo, CA 94592__ | __Sole Member__ | __100.00%__ |
| __Michael N. Taglich__ | __37 Main Street Cold Spring Harbor, NY 11724__ | __Board of Managers__ | __0.00%__ |
| __Steven Park__ | __1629 Locust Street Philadelphia, PA 19103__ | __Board or Managers__ | __0.00%__ |
| __William I. Morris__ | __1121 Western Avenue Mill Valley, CA 94941__ | __Board of Managers__ | __0.00%__ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No

   ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ <br> To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No

   ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. __Harry Nicholsen__ <br> Name <br> __795 Higbie Lane__ <br> Street <br> <br> __West Islip, NY 11795__ <br> City          State          ZIP Code | __$348,118.00__ | __Monthly__ | __Salary (annual gross)__ |

Relationship to debtor

__Chief Executive Officer__

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. __Steven DiLeo__ <br> Name <br> __51 Admirals Drive East__ <br> Street <br> <br> __Bay Shore, NY 11706__ <br> City          State          ZIP Code | __$374,276.00__ | __Monthly__ | __Salary (annual gross)__ |

Relationship to debtor

__President__

Debtor    **Mare Island Dry Dock, LLC**      Case number *(if known)*    **26-20777-B-11**
     Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| **Mare Island Dry Dock Investment LLC** | EIN: **4 6 – 3 7 9 8 5 8 9** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| **I.A.M. National Pension Fund (union, terminated 2020)** | EIN: **5 1 – 6 0 3 1 2 9 5** |
| **MIDD 401(k) Plan (non-union, current)** | EIN: **4 6 – 0 9 0 7 5 5 4** |
| **I.A.M. National 401k Fund (union, current)** | EIN: **3 2 – 0 4 4 3 4 2 3** |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **03/16/2026**
     MM/   DD/   YYYY

✗   /s/ Harry Nicholsen         Printed name    **Harry Nicholsen**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes