Fill in this information to identify the case:

Debtor name          **Mare Island Dry Dock, LLC**

United States Bankruptcy Court for the:

**Eastern District of California**

Case number (if known):     **26-20777-B-11**        Chapter __**11**__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................................................        **$10,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................................        **$3,114,622.44**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................................        **$13,114,622.44**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................        **$1,801,603.80**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................        **$92,911.56**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................        **+    $4,748,537.93**

4. **Total liabilities**....................................................................................................................................................        **$6,643,053.29**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name  **Mare Island Dry Dock, LLC**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **California** _____
(State)

Case number (If known): **26-20777-B-11**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $723.09

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, N.A. (Payroll)** | **Checking account** | **1 9 9 5** | **$67,603.74** |
| 3.2. | **Wells Fargo Bank, N.A. (Operating)** | **Checking account** | **1 9 8 7** | **$165,094.63** |
| 3.3. | **Wells Fargo Bank, N.A. (Sweep)** | **Checking account** | **4 2 1 3** | **$8,500.00** |
| 3.4. | **Mechanics Bank, N.A. (Savings)** | **Checking account** | **8 0 8 4** | **$569.36** |
| 3.5. | **Wells Fargo Bank, N.A. (Money Market)** | **Money market account** | **0 1 7 2** | **$13.77** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$242,504.59**

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **Mare Island Dry Dock, LLC**

Name

Case number *(if known)* **26-20777-B-11**

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| | 7.1 **The Nimitz Group, LLC (Landlord)** | $310,000.00 |
| | 7.2 **California Water Resources Control Board (Deposit for Certification)** | $2,062.00 |
| | 7.3 **City of Vallejo (Water)** | $7,950.00 |
| | 7.4 **Island Energy Company (Power)** | $500.00 |
| | 7.5 **American Longshore Mutual Association, Ltd. (USL&H)** | $115,963.00 |
| | 7.6 **Binder Malter Harris & Rome-Banks LLP (Retainer)** | $188,589.83 |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| | 8.1 **SVA Certified Public Accountants (Prepayment)** | $23,000.00 |
| 9. | **Total of Part 2** Add lines 7 through 8. Copy the total to line 81. | $648,064.83 |

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|
| 11. | **Accounts receivable** | | | |
| | 11a. 90 days old or less: | $817,661.00 <br> face amount | - $0.00 <br> doubtful or uncollectible accounts | =.....➔ $817,661.00 |
| | 11b. Over 90 days old: | $30,000.00 <br> face amount | - $0.00 <br> doubtful or uncollectible accounts | =.....➔ $30,000.00 |
| 12. | **Total of Part 3** Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | $847,661.00 |

### Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |

Debtor    **Mare Island Dry Dock, LLC**            Case number *(if known)* **26-20777-B-11**
       Name

14.1 _____    _____    _____

14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                 % of ownership:

    15.1. _____   _____    _____    _____

    15.2. _____   _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.           _____

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | MM / DD / YYYY | | | |
| 20. **Work in progress** | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
|   Misc. Supplies & Consumables | MM / DD / YYYY | $0.00 | Owner Estimate | $5,000.00 |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.           **$5,000.00**

Debtor    **Mare Island Dry Dock, LLC**             Case number *(if known)* **26-20777-B-11**

     Name

---

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

                                         [_____]

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____ Valuation method _____ Current value _____

---

Debtor    **Mare Island Dry Dock, LLC**        Case number *(if known)* **26-20777-B-11**

Name

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| Office Furniture & Equipment | $0.00 | Owner Estimate | $7,500.00 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer Equipment | $11,645.00 | Owner Estimate | $9,500.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $17,000.00 |
| --- |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

Debtor      **Mare Island Dry Dock, LLC**
            Name                                        Case number *(if known)* __26-20777-B-11__

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2020 Nissan Rogue /** VIN: 2932 | $0.00 | Kelley Blue Book | $14,270.00 |
| 47.2 **2012 Ford F-550 (commercial) /** VIN: 0209 | $0.00 | Comp Listings | $29,164.67 |
| 47.3 **2020 Nissan Rogue /** VIN: 0633 | $6,124.00 | Kelley Blue Book | $12,360.00 |
| 47.4 **2006 Ford F-750 (commercial) /** Yard Use Only | $0.00 | Comp Listings | $36,735.00 |
| 47.5 **1996 HME Fire Truck /** Yard Use Only | $0.00 | Cost | $11,862.35 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Ship Repair & Maintenance Equipment** | $592,023.00 | Owner Estimate | $500,000.00 |
| **165-Ton Mobile Crane by Grove** | $94,190.00 | Owner Estimate | $750,000.00 |
| **Leasehold Improvements (fixtures)** | $1,135,300.00 | N/A | $0.00 |

51.  **Total of Part 8**
     Add lines 47 through 50. Copy the total to line 87.                                    | $1,354,392.02 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ❏ No
     ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ❏ Yes

**Part 9:      Real property**

54.  **Does the debtor own or lease any real property?**
     ❏ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **Mare Island Dry Dock, LLC**      Case number *(if known)* **26-20777-B-11**
         Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Dry Docks 2 & 3** | **Leasehold** | **unknown** | **Range: $10 million to $50 million** | **$10,000,000.00** |

56. **Total of Part 9**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      **$10,000,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☑ No

     ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.

     ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Business Name, Trade Dress, etc.** | **$0.00** | **Owner Estimate** | **unknown** |
| 61. **Internet domain names and websites**<br>**www.middllc.com** | **$0.00** | **Owner Estimate** | **unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Customer Lists, Telephone Numbers, etc.** | **$0.00** | **Owner Estimate** | **unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill**<br>**Goodwill** | **$0.00** | **Owner Estimate** | **unknown** |

66. **Total of Part 10**

     Add lines 60 through 65. Copy the total to line 89.

Debtor    **Mare Island Dry Dock, LLC**               Case number *(if known)* **26-20777-B-11**
        Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| 71. **Notes receivable** | | |
| Description (include name of obligor) | | |
| | Total face amount − doubtful or uncollectible amount = ➔ | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | | |
| Description (for example, federal, state, local) | | |
| | Tax year | |
| | Tax year | |
| | Tax year | |
| 73. **Interests in insurance policies or annuities** | | |
| **Term Insurance Policies (Various)** | | **unknown** |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| **Potential Claims Against The Nimitz Group, LLC (reserved in abundance of caution)** | | **unknown** |
| Nature of claim    **Tort & Contract** | | |
| Amount requested    **unknown** | | |
| **Potential Claims Against Lind Marine, LLC (reserved in abundance of caution)** | | **unknown** |
| Nature of claim    **Tort & Contract** | | |
| Amount requested    **unknown** | | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Debtor **Mare Island Dry Dock, LLC**
Name

Case number *(if known)* 26-20777-B-11

**Nature of claim** _____

**Amount requested** _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $242,504.59 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $648,064.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $847,661.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,354,392.02 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................➔ | | $10,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $3,114,622.44 | + 91b. $10,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................... | | $13,114,622.44 |

---

**Fill in this information to identify the case:**

Debtor name    **Mare Island Dry Dock, LLC**

United States Bankruptcy Court for the:    **Eastern**    District of    **California**
(State)

Case number (if known):    **26-20777-B-11**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

**Continental Republic Capital, LLC**

**Creditor's mailing address**

**dba Republic Business Credit**

**900 Camp Street Suite 301**

**New Orleans, LA 70130**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **11/06/2024**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

     **1) Continental Republic Capital, LLC**; 2) Michael N. Taglich; 3) Robert F. Taglich; 4) Steven DiLeo

**Describe debtor's property that is subject to a lien**

Substantially all personal property of the Debtor

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Column A | Column B |
| --- | --- |
| $849,266.05 | $99,999,999,999.00 |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$1,801,603.80**

Debtor    **Mare Island Dry Dock, LLC**

          Name                                    Case number (if known) **26-20777-B-11**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**2.2** **Creditor's name**

**IPFS Corporation of California**

**Creditor's mailing address**

**PO Box 32144**

**New York, NY 10087**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **10/31/2025**

**Last 4 digits of account**    **1  2  7  2**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❏ Yes. Have you already specified the relative priority?

   ❏ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Insurance Premiums & Policies

**unknown**    **$99,999,999,999.00**

**Describe the lien**

**Insurance Premium Financing**

**Is the creditor an insider or related party?**

☑ No

❏ Yes

**Is anyone else liable on this claim?**

☑ No

❏ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

Debtor    **Mare Island Dry Dock, LLC**
          Name                                                    Case number (if known) **26-20777-B-11**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Part 1:    Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3**  **Creditor's name**

**Lind Marine, LLC**

**Creditor's mailing address**

**Attn: Allister Aaron, CFO**

**1175 Nimitz Avenue Suite 120**

**Vallejo, CA 94592**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **8/14/2025,**
**12/15/2025**

**Last 4 digits of account**    **8  2  2  0**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Dry Docks 2 & 3                     **$752,337.75**      **$10,000,000.00**

**Describe the lien**

**Mechanics Lien**

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
❑ Unliquidated
☑ Disputed

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **3** of **8**

Debtor    **Mare Island Dry Dock, LLC** _____    Case number (if known) **26-20777-B-11** _____
          Name

| | Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4 Creditor's name**

   Michael N. Taglich

**Creditor's mailing address**

   37 Main Street

   Cold Spring Harbor, NY 11724

**Creditor's email address, if known**

_____

**Date debt was incurred**    2/12/2026

**Last 4 digits of account number**    ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Substantially all personal property of the Debtor        **$75,000.00**    **$99,999,999,999.00**

**Describe the lien**

   UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** M. Taglich, R. Taglich, & S. DiLeo loans are pari passu, secured by single UCC-1 Financing Statement fbo collateral agent.

Debtor **Mare Island Dry Dock, LLC**
Name

Case number (if known) **26-20777-B-11**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

Robert F. Taglich

**Creditor's mailing address**

37 Main Street

Cold Spring Harbor, NY 11724

**Creditor's email address, if known**

**Date debt was incurred** 2/12/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Substantially all personal property of the Debtor

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

❑ No

☑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**$75,000.00** **$99,999,999,999.00**

**Remarks:** M. Taglich, R. Taglich, & S. DiLeo loans are pari passu, secured by single UCC-1 Financing Statement fbo collateral agent.

Debtor **Mare Island Dry Dock, LLC**
Name

Case number (if known) **26-20777-B-11**

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Part 1:**　Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

**Steven DiLeo**

**Creditor's mailing address**

**51 Admirals Drive East**

**Bay Shore, NY 11706**

**Creditor's email address, if known**

_____

**Date debt was incurred**　**2/12/2026**

**Last 4 digits of account number**　___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____
　_____

　☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Substantially all personal property of the Debtor

**Describe the lien**

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00　$99,999,999,999.00

**Remarks:** M. Taglich, R. Taglich, & S. DiLeo loans are pari passu, secured by single UCC-1 Financing Statement fbo collateral agent.

Debtor    **Mare Island Dry Dock, LLC**                    Case number (if known) **26-20777-B-11**

_____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lind Marine, LLC**<br>**c/o Ragghianti Freitas LLP**<br>**Attn: Eric Sternberger, Esq.**<br>**1101 Fifth Avenue Suite 100**<br>**San Rafael, CA 94901** | Line 2. **3** | **8  2  2  0** |
| **Lind Marine, LLC**<br>**c/o Kirkland & Ellis LLP**<br>**Attn: Aaron Metviner**<br>**601 Lexington Avenue**<br>**New York, NY 10022** | Line 2. **3** | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Debtor　**Mare Island Dry Dock, LLC**

Name

Case number (if known)　**26-20777-B-11**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Mare Island Dry Dock, LLC**

United States Bankruptcy Court for the:

**Eastern District of California**

Case number (if known): **26-20777-B-11**

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Delaware Division of Corporations**

**401 Federal Street Suite 4**

**Dover, DE 19901**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Notice Purposes Only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

**2.2** Priority creditor's name and mailing address

**Franchise Tax Board**

**Bankruptcy Section MS A-340**

**PO Box 2952**

**Sacramento, CA 95812**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Notice Purposes Only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

Debtor     **Mare Island Dry Dock, LLC**                                    Case number *(if known)*     **26-20777-B-11**
                Name

---

**Part 1:**   Additional Page

---

**2.3**   **Priority creditor's name and mailing address**

**Harry Nicholsen**

**795 Higbie Lane**

**West Islip, NY 11795**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**          $43,313.69          $17,150.00
*Check all that apply.*
❑  Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Salary**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.4**   **Priority creditor's name and mailing address**

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*
❑  Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Notice Purposes Only**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.5**   **Priority creditor's name and mailing address**

**Paul Gates**

**37 Margaret Drive**

**Walnut Creek, CA 94596**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**          $2,200.00          $2,200.00
*Check all that apply.*
❑  Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Independent Contractor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor    **Mare Island Dry Dock, LLC**                    Case number *(if known)*    **26-20777-B-11**
            Name

| Part 1: | Additional Page |

| 2.6 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47,397.87 | $17,150.00 |

**Priority creditor's name and mailing address**
    Steven DiLeo

    51 Admiral Drive East

    Bay Shore, NY 11706

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑  Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**
    Salary

**Is the claim subject to offset?**
☑ No
❑ Yes

$47,397.87          $17,150.00

Debtor    **Mare Island Dry Dock, LLC**       Case number *(if known)*    **26-20777-B-11**

     Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                         **Amount of claim**

**3.1**   **Nonpriority creditor's name and mailing address**

     **Advanced Chemical Transport, Inc.**

     **dba ACTenviro**

     **6940 Tremont Road**

     **Dixon, CA 95620**

     **Date or dates debt was incurred** _____

     **Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$12,087.35**

**3.2**   **Nonpriority creditor's name and mailing address**

     **Airgas USA, LLC**

     **PO Box 102289**

     **Pasadena, CA 91189**

     **Date or dates debt was incurred** _____

     **Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,971.36**

**3.3**   **Nonpriority creditor's name and mailing address**

     **Alco Iron & Metal Co.**

     **2140 Davis Street**

     **San Leandro, CA 94577**

     **Date or dates debt was incurred** _____

     **Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$15,692.68**

**3.4**   **Nonpriority creditor's name and mailing address**

     **Alejandro Castro**

     **c/o Moon Law Group, PC**
     **Attn: Kane Moon**

     **725 South Figueroa Street 31st Floor**

     **Los Angeles, CA 90017**

     **Date or dates debt was incurred** _____

     **Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**   **PAGA Claim**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

| Debtor | **Mare Island Dry Dock, LLC** | Case number *(if known)* | **26-20777-B-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   Additional Page

---

**3.5**   **Nonpriority creditor's name and mailing address**

**Alliance Environmental Group, LLC**

**777 North Georgia Avenue**

**Azusa, CA 91702**

Date or dates debt was incurred _____

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$17,680.00**

---

**3.6**   **Nonpriority creditor's name and mailing address**

**American Express**

**PO Box 650448**

**Dallas, TX 75265**

Date or dates debt was incurred _____

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**   **Credit Card**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$4,137.35**

---

**3.7**   **Nonpriority creditor's name and mailing address**

**American Longshore Mutual**

**Association, Ltd.**

**PO Box 934368**

**Atlanta, GA 31193**

Date or dates debt was incurred _____

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**   **Notice Purposes Only**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$0.00**

---

**3.8**   **Nonpriority creditor's name and mailing address**

**APEX Coating LLC**

**303 4th Street**

**Oakland, CA 94607**

Date or dates debt was incurred   **11/24/2025**

Last 4 digits of account number   **0 3 0 1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**   **Water and Sand Blasting**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$278,765.00**

---

| Debtor | **Mare Island Dry Dock, LLC** | Case number *(if known)* | **26-20777-B-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.9

**Nonpriority creditor's name and mailing address**

**Applied Industrial Technologies, Inc.**

**PO Box 100538**

**Pasadena, CA 91189**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,647.12**

---

### 3.10

**Nonpriority creditor's name and mailing address**

**AT&T**

**PO Box 5019**

**Carol Stream, IL 60197**

Date or dates debt was incurred **02/11/2026**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Telephones & Data**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,767.09**

---

### 3.11

**Nonpriority creditor's name and mailing address**

**ATS Logistics Services, Inc.**

**LBX 7130**

**Minneapolis, MN 55485**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,365.00**

---

### 3.12

**Nonpriority creditor's name and mailing address**

**Bay Area Crating Services, Inc.**

**1064 Serpentine Lane B**

**Pleasanton, CA 94566**

Date or dates debt was incurred **11/19/2025**

Last 4 digits of account number **0 1 7 8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$33,890.59**

---

Debtor    **Mare Island Dry Dock, LLC**        Case number *(if known)*    **26-20777-B-11**
       Name

---

**Part 2:**   Additional Page

---

**3.13** **Nonpriority creditor's name and mailing address**

**Bay Area Ship Services, LLC**

**971 South Seaside Avenue**

**San Pedro, CA 90731**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,894.47**

---

**3.14** **Nonpriority creditor's name and mailing address**

**Bay Area Toll Authority**

**dba Bay Area FasTrak**

**PO Box 26879**

**San Francisco, CA 94126**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Toll Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$42.50**

---

**3.15** **Nonpriority creditor's name and mailing address**

**Bay Law Group LLP**

**PO Box 8554**

**Berkeley, CA 94707**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Legal Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$312.50**

---

**3.16** **Nonpriority creditor's name and mailing address**

**Bay Marine Services, Inc.**

**PO Box 5544**

**Novato, CA 94948**

Date or dates debt was incurred   **11/21/2025**

Last 4 digits of account number   **1 1 1 6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$26,200.00**

---

Debtor    **Mare Island Dry Dock, LLC**      Case number *(if known)*    **26-20777-B-11**

     Name

---

**Part 2:** Additional Page

---

**3.17** **Nonpriority creditor's name and mailing address**

**Bay Planning Coalition**

**1970 Broadway Suite 940**

**Oakland, CA 94612**

Date or dates debt was incurred _____

Last 4 digits of account number — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Membership Dues**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,210.00

---

**3.18** **Nonpriority creditor's name and mailing address**

**BayDelta Maritime, Inc.**

**PO Box 2088**

**San Francisco, CA 94126**

Date or dates debt was incurred **09/26/2025**

Last 4 digits of account number **5 0 3 1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Pilotage Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$153,183.48

---

**3.19** **Nonpriority creditor's name and mailing address**

**Bayshore Safety. Inc.**

**961 Garcia Avenue Suite A**

**Pittsburg, CA 94565**

Date or dates debt was incurred _____

Last 4 digits of account number — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,789.15

---

**3.20** **Nonpriority creditor's name and mailing address**

**Bayview Industrial Services, Inc.**

**6925 San Leandro Street**

**Oakland, CA 94621**

Date or dates debt was incurred **10/01/2025**

Last 4 digits of account number **5 7 2 4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Demolition, Environmental, & Industrial Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$178,099.50

---

Debtor  **Mare Island Dry Dock, LLC**    Case number *(if known)*  **26-20777-B-11**
    Name

| Part 2: | Additional Page |
| --- | --- |

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Bender CCP**

**PO Box 847**

**Benicia, CA 94510**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Notice Purposes Only__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number __ __ __ __

---

**3.22** **Nonpriority creditor's name and mailing address**

**Bradley Tanks, Inc.**

**402 Hartz Avenue Bldg. C**

**Danville, CA 94526**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Trade Debt__

**$29,237.50**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number __ __ __ __

---

**3.23** **Nonpriority creditor's name and mailing address**

**Buhl Diving & Salvage**

**3178 Withers Avenue**

**Lafayette, CA 94549**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Trade Debt__

**$17,300.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number __ __ __ __

---

**3.24** **Nonpriority creditor's name and mailing address**

**Byram Metering Solutions**

**650 Seco Road Suite G**

**Monroeville, PA 15146**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Trade Debt__

**$600.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number __ __ __ __

Debtor    **Mare Island Dry Dock, LLC**                          Case number *(if known)*    **26-20777-B-11**
              Name

---

**Part 2:**  Additional Page

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,632.48 |
|---|---|---|---|

**Cardmember Service**

**PO Box 6294**

**Carol Stream, IL 60197**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Card**

Date or dates debt was incurred     **02/02/2026**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **9  8  1  5**

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Case Marine Inc.**

**18802 67th Avenue NE**

**Arlington, WA 98223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     — — — —

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $148,648.81 |
|---|---|---|---|

**CBIZ, Inc.**

**PO Box 9500-2288**

**Philadelphia, PA 19195**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounting**

Date or dates debt was incurred     **12/31/2025**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     — — — —

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,328.71 |
|---|---|---|---|

**Certified Hydraulics & Instabuild**

**2101 South Tacoma Way**

**Tacoma, WA 98409**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     — — — —

---

Debtor      **Mare Island Dry Dock, LLC**_____    Case number *(if known)*      **26-20777-B-11**_____
            Name

| Part 2: | Additional Page |

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38,849.00_____
|        | **Champion Scaffold Services, Inc.**_____ | *Check all that apply.*
|        |                                              | ☐ Contingent
|        | **1569 Solano Avenue #332**_____          | ☐ Unliquidated
|        | **Berkeley, CA 94707**_____               | ☐ Disputed
|        |                                              | **Basis for the claim:** __Trade Debt__
|        | Date or dates debt was incurred   **01/01/2026**_____ | **Is the claim subject to offset?**
|        |                                              | ☑ No
|        | Last 4 digits of account number   **7  3  6  4** | ☐ Yes

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45,789.34_____
|        | **Channel Lumber Co.**_____               | *Check all that apply.*
|        |                                              | ☐ Contingent
|        | **PO Box 4002**_____                      | ☐ Unliquidated
|        | **Richmond, CA 94804**_____               | ☐ Disputed
|        |                                              | **Basis for the claim:** __Trade Debt__
|        | Date or dates debt was incurred   **12/31/2025**_____ | **Is the claim subject to offset?**
|        |                                              | ☑ No
|        | Last 4 digits of account number   __ __ __ __ | ☐ Yes

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,074.08_____
|        | **City of Vallejo, California**_____      | *Check all that apply.*
|        |                                              | ☐ Contingent
|        | **(81304-DD3)**_____                      | ☐ Unliquidated
|        | **PO Box 888766**_____                    | ☐ Disputed
|        | **Los Angeles, CA 90088**_____            | **Basis for the claim:** __Utilities__
|        | Date or dates debt was incurred   _____   | **Is the claim subject to offset?**
|        |                                              | ☑ No
|        | Last 4 digits of account number   __ __ __ __ | ☐ Yes

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,152.99_____
|        | **Clean Harbors Environmental Services, Inc.**_____ | *Check all that apply.*
|        |                                              | ☐ Contingent
|        | **PO Box 3442**_____                      | ☐ Unliquidated
|        | **Boston, MA 02241**_____                 | ☐ Disputed
|        |                                              | **Basis for the claim:** __Trade Debt__
|        | Date or dates debt was incurred   _____   | **Is the claim subject to offset?**
|        |                                              | ☑ No
|        | Last 4 digits of account number   __ __ __ __ | ☐ Yes

| Debtor | **Mare Island Dry Dock, LLC** | Case number *(if known)* | **26-20777-B-11** |
|---|---|---|---|
| | Name | | |

<h2 style="background:black;color:white;display:inline">Part 2:</h2> Additional Page

---

**3.33** Nonpriority creditor's name and mailing address
**Complete Welders Supply**
**PO Box 2516**
**Napa, CA 94558**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,364.53**

---

**3.34** Nonpriority creditor's name and mailing address
**CPM Industrial, LLC**
**6252 27th Avenue NE**
**Seattle, WA 98115**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,576.67**

---

**3.35** Nonpriority creditor's name and mailing address
**Custom Valve Solutions, Inc.**
**1101 Nimitz Avenue Suite 100**
**Vallejo, CA 94592**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$727.76**

---

**3.36** Nonpriority creditor's name and mailing address
**Data Weighing Systems, Inc.**
**255 Mittel Drive**
**Wood Dale, IL 60191**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$378.00**

---

| Debtor | **Mare Island Dry Dock, LLC** | Case number *(if known)* | **26-20777-B-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.37 Nonpriority creditor's name and mailing address**

**Dees Design and Engineering**

**1419 Francis Street**

**Crockett, CA 94525**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.38 Nonpriority creditor's name and mailing address**

**Del Toro Global Associates**

**9380 Mount Vernon Circle**

**Alexandria, VA 22309**

**Date or dates debt was incurred** **12/04/2025**

**Last 4 digits of account number** **1 0 5 2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consultants**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$46,250.00**

---

**3.39 Nonpriority creditor's name and mailing address**

**Eagle Industries of Louisiana, LLC**

**PO Box 10652**

**New Orleans, LA 70181**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,362.94**

---

**3.40 Nonpriority creditor's name and mailing address**

**EMS Ice, Inc.**

**PO Box 1671**

**Chesapeake, VA 23327**

**Date or dates debt was incurred** **12/04/2025**

**Last 4 digits of account number** **8 9 1 1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Cryogenic Cleaning**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$65,480.00**

Debtor     **Mare Island Dry Dock, LLC**                          Case number *(if known)*     **26-20777-B-11**
           Name

| Part 2: | Additional Page |

**3.41** | Nonpriority creditor's name and mailing address

**Examinetics**

**PO Box 7410675**

**Chicago, IL 60674**

Date or dates debt was incurred

Last 4 digits of account number     — — — —

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address

**Fastenal Company**

**PO Box 978**

**Winona, MN 55987**

Date or dates debt was incurred

Last 4 digits of account number     — — — —

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address

**Foth Infrastructure & Environment, LLC**

**2121 Innovation Court**

**De Pere, WI 54115**

Date or dates debt was incurred     **12/11/2025**

Last 4 digits of account number     **8  0  2  9**

As of the petition filing date, the claim is:     $54,985.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                              **Environmental**
Basis for the claim:  **Consultants**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address

**Gardico Incorporated**

**4912 14th Avenue NW**

**Seattle, WA 98107**

Date or dates debt was incurred

Last 4 digits of account number     — — — —

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Mare Island Dry Dock, LLC** | Case number *(if known)* | **26-20777-B-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.45**   **Nonpriority creditor's name and mailing address**

**GeoQuip Power Systems, LLC**

**dba HPSI**

**1203 Ozark North**

**Kansas City, MO 64116**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

$0.00

---

**3.46**   **Nonpriority creditor's name and mailing address**

**GHX Industrial, LLC**

**PO Box 841388**

**Dallas, TX 75284**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

$852.66

---

**3.47**   **Nonpriority creditor's name and mailing address**

**Global Fire & Safety, Inc.**

**2001 Peralta Street Suite F**

**Oakland, CA 94607**

Date or dates debt was incurred   **07/25/2025**

Last 4 digits of account number   **4 3 0 0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

$38,550.80

---

**3.48**   **Nonpriority creditor's name and mailing address**

**Golden Bay Security Services**

**1175 Nimitz Avenue #270**

**Vallejo, CA 94592**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Security Services**

**Is the claim subject to offset?**
☑ No
❑ Yes

$16,248.00

---

Debtor　**Mare Island Dry Dock, LLC**　　　　　　Case number *(if known)*　　**26-20777-B-11**
　　　　　Name

| Part 2: | Additional Page |
| --- | --- |

**3.49** Nonpriority creditor's name and mailing address

**Hanson Bridgett LLP**

**425 Market Street 26th Floor**

**San Francisco, CA 94105**

Date or dates debt was incurred

Last 4 digits of account number　— — — —

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:　**Legal Services**

Is the claim subject to offset?
☑ No
❑ Yes

$3,485.00

---

**3.50** Nonpriority creditor's name and mailing address

**Harry Nicholsen**

**795 Higbie Lane**

**West Islip, NY 11795**

Date or dates debt was incurred

Last 4 digits of account number　— — — —

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

　　　　　　**Unreimbursed**
Basis for the claim:　**Business Expenses**

Is the claim subject to offset?
☑ No
❑ Yes

$8,135.84

---

**3.51** Nonpriority creditor's name and mailing address

**HealthEquity, Inc.**

**dba WageWorks**

**121 West Scenic Pointe Drive**

**Draper, UT 84020**

Date or dates debt was incurred

Last 4 digits of account number　— — — —

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:　**HSA Administration**

Is the claim subject to offset?
☑ No
❑ Yes

$100.00

---

**3.52** Nonpriority creditor's name and mailing address

**Herc Rentals, Inc.**

**PO Box 936257**

**Atlanta, GA 31193**

Date or dates debt was incurred

Last 4 digits of account number　— — — —

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:　**Trade Debt**

Is the claim subject to offset?
☑ No
❑ Yes

$6,349.19

---

Debtor **Mare Island Dry Dock, LLC** Case number *(if known)* **26-20777-B-11**
Name

---

**Part 2:** Additional Page

---

**3.53** Nonpriority creditor's name and mailing address

**Holt of California**

**PO Box 511604**

**Los Angeles, CA 90051**

Date or dates debt was incurred _____

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,843.64

---

**3.54** Nonpriority creditor's name and mailing address

**HYTORC Division UNEX Corporation**

**333 Route 17 North**

**Mahwah, NJ 07430**

Date or dates debt was incurred _____

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.55** Nonpriority creditor's name and mailing address

**Independent Pilot Services LLC**

**PO Box 1364**

**Benicia, CA 94510**

Date or dates debt was incurred **12/12/2025**

Last 4 digits of account number **1 3 0 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pilotage Services**

Is the claim subject to offset?
☑ No
☐ Yes

$28,700.00

---

**3.56** Nonpriority creditor's name and mailing address

**Industrial Inspection & Analysis, Inc.**

**16140 North Arrowhead Fountains Center Drive**

**Peoria, AZ 85382**

Date or dates debt was incurred _____

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Inspectors**

Is the claim subject to offset?
☑ No
☐ Yes

$3,640.00

---

Debtor **Mare Island Dry Dock, LLC**
Name

Case number *(if known)* **26-20777-B-11**

| Part 2: | Additional Page |

**3.57** Nonpriority creditor's name and mailing address

**Industry Uptime, Inc.**

**PO Box 603**

**Meadow Vista, CA 95722**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,700.00**

---

**3.58** Nonpriority creditor's name and mailing address

**Integrity Inspections LLC**

**23073 County Road 23**

**Esparto, CA 95627**

Date or dates debt was incurred **11/24/2025**

Last 4 digits of account number **0 8 3 9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Inspectors**

Is the claim subject to offset?
☑ No
☐ Yes

**$53,046.00**

---

**3.59** Nonpriority creditor's name and mailing address

**Island Energy Company**

**995 Walnut Avenue**

**Vallejo, CA 94592**

Date or dates debt was incurred **02/10/2026**

Last 4 digits of account number **2 0 2 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Energy**

Is the claim subject to offset?
☑ No
☐ Yes

**$219,376.26**

---

**3.60** Nonpriority creditor's name and mailing address

**Jocelyn Santos**

**1030 Azuar Drive**

**Vallejo, CA 94592**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unreimbursed Business Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

**$278.23**

---

Debtor **Mare Island Dry Dock, LLC**
_____ Case number *(if known)* **26-20777-B-11**
Name

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,632.48** |
|---|---|---|---|
| | JPMorgan Chase Bank, N.A. | ☐ Contingent | |
| | PO Box 6294 | ☐ Unliquidated | |
| | Carol Stream, IL 60197 | ☐ Disputed | |
| | | **Basis for the claim:** **Credit Card** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48,040.37** |
|---|---|---|---|
| | Kaiser Permanente | ☐ Contingent | |
| | PO Box 741562 | ☐ Unliquidated | |
| | Los Angeles, CA 90074 | ☐ Disputed | |
| | | **Basis for the claim:** **Health Insurance** | |
| | Date or dates debt was incurred **01/01/2026** | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,685.65** |
|---|---|---|---|
| | Kleen Solution Environmental Inc. | ☐ Contingent | |
| | 2101 Fulton Road | ☐ Unliquidated | |
| | Santa Rosa, CA 95403 | ☐ Disputed | |
| | | **Basis for the claim:** **Trade Debt** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,259.32** |
|---|---|---|---|
| | Lane General LLC | ☐ Contingent | |
| | 1414 Hudson Avenue | ☐ Unliquidated | |
| | Moraga, CA 94575 | ☐ Disputed | |
| | | **Basis for the claim:** **Equipment Lease** | |
| | Date or dates debt was incurred **01/25/2026** | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

Debtor    **Mare Island Dry Dock, LLC**          Case number *(if known)*    **26-20777-B-11**
      Name

---

**Part 2:**   Additional Page

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Lifting Gear Hire Corporation** | ☐ Contingent | |
| | **PO Box 734381** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | | **Basis for the claim:** **Trade Debt** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   — — — — | ☑ No   ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,180.00 |
|---|---|---|---|
| | **Lind Marine, LLC** | ☐ Contingent | |
| | **Attn: Allister Aaron, CFO** | ☑ Unliquidated | |
| | **1175 Nimitz Avenue Suite 120** | ☑ Disputed | |
| | **Vallejo, CA 94592** | **Basis for the claim:** **Services** | |
| | Date or dates debt was incurred   **12/15/2025** | **Is the claim subject to offset?** ☐ No | |
| | Last 4 digits of account number   — — — — | ☑ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,400.29 |
|---|---|---|---|
| | **Linde Gas & Equipment Inc.** | ☐ Contingent | |
| | **DEPT LA 21511** | ☐ Unliquidated | |
| | **Pasadena, CA 91185** | ☐ Disputed | |
| | | **Basis for the claim:** **Trade Debt** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   — — — — | ☑ No   ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Lippincott Supply Co.** | ☐ Contingent | |
| | **105 Lincoln Road West** | ☐ Unliquidated | |
| | **Vallejo, CA 94590** | ☐ Disputed | |
| | | **Basis for the claim:** **Trade Debt** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   — — — — | ☑ No   ☐ Yes | |

Debtor    **Mare Island Dry Dock, LLC**          Case number *(if known)*    **26-20777-B-11**
Name

| Part 2: | Additional Page |
| --- | --- |

**3.69 Nonpriority creditor's name and mailing address**

Llewellyn Marine Supply, Inc.

2900 Main Street Suite 1900, Box 19

Alameda, CA 94501

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,746.69

---

**3.70 Nonpriority creditor's name and mailing address**

M.D. Marine Electric, LTD

672 East 11th Street

Tacoma, WA 98421

Date or dates debt was incurred   01/01/2026

Last 4 digits of account number   3 8 0 9

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Marine Electrical Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$417,568.43

---

**3.71 Nonpriority creditor's name and mailing address**

Mackay Communications, Inc.

PO Box 60925

Charlotte, NC 28260

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Radio Equipment

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,520.00

---

**3.72 Nonpriority creditor's name and mailing address**

Marine & Industrial Services, Inc.

PO Box 2236

Antioch, CA 94509

Date or dates debt was incurred   11/25/2025

Last 4 digits of account number   9 9 8 1

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Marine Plumbing

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$203,124.29

---

Debtor **Mare Island Dry Dock, LLC**
Name

Case number *(if known)* **26-20777-B-11**

## Part 2: Additional Page

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $210,049.59 |
|------|--------------------------------------------------|-----------------------------------------------|-------------|

**3.73** Nonpriority creditor's name and mailing address

**Marine Systems Inc.**

**PO Box 301284**

**Dallas, TX 75303**

Date or dates debt was incurred **07/31/2025**

Last 4 digits of account number **6 8 5 8**

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim: Engine Parts & Repair**

Is the claim subject to offset?
☑ No
❏ Yes

$210,049.59

---

**3.74** Nonpriority creditor's name and mailing address

**Martinez Sheet Metal, Inc.**

**4040 Pacheco Boulevard**

**Martinez, CA 94553**

Date or dates debt was incurred **11/19/2025**

Last 4 digits of account number **0 0 0 1**

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim: HVAC**

Is the claim subject to offset?
☑ No
❏ Yes

$107,061.50

---

**3.75** Nonpriority creditor's name and mailing address

**Mastrex Group PLC**

**(Vulkan)**

**PO Box 673**

**Winter Haven, FL 33882**

Date or dates debt was incurred **07/08/2025**

Last 4 digits of account number **0 3 8 1**

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim: Trade Debt**

Is the claim subject to offset?
☑ No
❏ Yes

$35,630.82

---

**3.76** Nonpriority creditor's name and mailing address

**Maximum Performance Hydraulics**

**4220 22nd Avenue West**

**Seattle, WA 98199**

Date or dates debt was incurred **08/13/2025**

Last 4 digits of account number **0 3 3 7**

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim: Hydraulic Repair**

Is the claim subject to offset?
☑ No
❏ Yes

$65,626.00

| Debtor | **Mare Island Dry Dock, LLC** | Case number *(if known)* | **26-20777-B-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.77** **Nonpriority creditor's name and mailing address**

**McCampbell Analytic, Inc.**

**1534 Willow Pass Road**

**Pittsburg, CA 94565**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$11,092.82**

---

**3.78** **Nonpriority creditor's name and mailing address**

**McMaster-Carr Supply Company**

**PO Box 7690**

**Chicago, IL 60680**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$500.46**

---

**3.79** **Nonpriority creditor's name and mailing address**

**Mobile Modular**

**PO Box 45043**

**San Francisco, CA 94145**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,691.29**

---

**3.80** **Nonpriority creditor's name and mailing address**

**Motion Industries, Inc.**

**2441 Sprig Court Suites A-D**

**Concord, CA 94520**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor　**Mare Island Dry Dock, LLC**　　　　　　Case number *(if known)*　**26-20777-B-11**
　　　　Name

| Part 2: | Additional Page |

**3.81　Nonpriority creditor's name and mailing address**

**National Benefit Services, LLC**

**Attn: Dept. 5**

**PO Box 981044**

**Boston, MA 02298**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:　Benefits Plan Administration**

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.00

---

**3.82　Nonpriority creditor's name and mailing address**

**Newburg Park Partner LLC**

**Attn: Peter D. Schreiber**

**1629 Locust Street**

**Philadelphia, PA 19103**

**Date or dates debt was incurred**　**01/25/2026**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:　Consulting Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,083.29

---

**3.83　Nonpriority creditor's name and mailing address**

**Oceanwide Repair, LLC**

**PO Box 9100**

**Long Beach, CA 90810**

**Date or dates debt was incurred**　**03/26/2025**

**Last 4 digits of account number**　**5　1　5　A**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:　Subcontractor; Civil Action, Case No. 2:26-cv-00074**

**Is the claim subject to offset?**
☑ No
☐ Yes

$361,723.00

---

**3.84　Nonpriority creditor's name and mailing address**

**ODP Business Solutions, LLC**

**PO Box 29248**

**Phoenix, AZ 85038**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:　Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$676.25

---

Official Form 206E/F　　　　**Schedule E/F: Creditors Who Have Unsecured Claims**　　　　page 24 of 42

Debtor    **Mare Island Dry Dock, LLC**        Case number *(if known)*    **26-20777-B-11**
       Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.85** | **Nonpriority creditor's name and mailing address**

**Offshore Inland Marine**

**& Oilfield Services, Inc.**

**640 South Barracks Street**

**Pensacola, FL 32502**

Date or dates debt was incurred    **12/23/2025**

Last 4 digits of account number    **3 4 4 3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Subcontractor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$254,162.08**

---

**3.86** | **Nonpriority creditor's name and mailing address**

**Pac Machine Company**

**8570 23rd Avenue**

**Sacramento, CA 95826**

Date or dates debt was incurred    **12/01/2025**

Last 4 digits of account number    **9 5 7 7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$45,071.26**

---

**3.87** | **Nonpriority creditor's name and mailing address**

**Pacific Marine Equipment**

**309 South Cloverdale Street Suite C18**

**Seattle, WA 98108**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,892.50**

---

**3.88** | **Nonpriority creditor's name and mailing address**

**Pacific Maritime Group, Inc.**

**P.O. Box 13828**

**San Diego, CA 92170**

Date or dates debt was incurred    **06/05/2025**

Last 4 digits of account number    **9 4 3 2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Marine Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$326,743.75**

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**       

| Debtor | **Mare Island Dry Dock, LLC** | Case number *(if known)* | **26-20777-B-11** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.89 Nonpriority creditor's name and mailing address**

**Pacific States Petroleum, Inc.**

**2278 Pike Court Suite A**

**Concord, CA 94520**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Fuel**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,775.02**

---

**3.90 Nonpriority creditor's name and mailing address**

**Palfinger Marine USA Inc.**

**912 Highway 90E**

**New Iberia, LA 70560**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$16,798.17**

---

**3.91 Nonpriority creditor's name and mailing address**

**Patriot Environmental Services, Inc.**

**255 Parr Boulevard**

**Richmond, CA 94801**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$21,893.08**

---

**3.92 Nonpriority creditor's name and mailing address**

**Pellissier Consulting LLC**

**241 Gustavson Road**

**Quilcene, WA 98376**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **Mare Island Dry Dock, LLC**
Name

Case number *(if known)* **26-20777-B-11**

---

**Part 2:** Additional Page

---

**3.93** Nonpriority creditor's name and mailing address

**Performance Abatement Services, Inc.**

**PO Box 872346**

**Kansas City, MO 64187**

Date or dates debt was incurred **07/29/2025**

Last 4 digits of account number **3 1 9 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Environmental Services**

Is the claim subject to offset?
☑ No
☐ Yes

$64,236.48

---

**3.94** Nonpriority creditor's name and mailing address

**Performance Contracting Inc.**

**PO Box 872346**

**Kansas City, MO 64187**

Date or dates debt was incurred **09/24/2025**

Last 4 digits of account number **3 1 0 4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pilotage Services**

Is the claim subject to offset?
☑ No
☐ Yes

$38,482.00

---

**3.95** Nonpriority creditor's name and mailing address

**Power Business Technology, LLC**

**1020 Winding Creek Road Suite 150**

**Roseville, CA 95678**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.96** Nonpriority creditor's name and mailing address

**PowerPlus**

**5500 East La Palma Ave**

**Anaheim, CA 92807**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$32,638.06

---

Debtor    **Mare Island Dry Dock, LLC**                                         Case number *(if known)*     **26-20777-B-11**
          Name

---

Part 2:    Additional Page

---

**3.97**   **Nonpriority creditor's name and mailing address**

**Prop Shop Richmond, LLC**

**518 South 11th Street**

**Richmond, CA 94804**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**    $5,368.66
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.98**   **Nonpriority creditor's name and mailing address**

**Puretec Industrial Water**

**3151 Sturgis Road**

**Oxnard, CA 93030**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Notice Purposes Only**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.99**   **Nonpriority creditor's name and mailing address**

**Ramp Business Corporation**

**28 West 23rd Street 2d Floor**

**New York, NY 10010**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**    $12,725.57
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Credit Card**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.100**   **Nonpriority creditor's name and mailing address**

**Recology Inc.**

**PO Box 848309**

**Los Angeles, CA 90084**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**    $1,060.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Waste Removal**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| Debtor | **Mare Island Dry Dock, LLC** | Case number *(if known)* | **26-20777-B-11** |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,358.28** |
|---|---|---|---|
| | Red-D-Arc Inc. | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | PO Box 734675 | | |
| | Dallas, TX 75373 | **Basis for the claim:** Equipment Rental | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| | **Last 4 digits of account number** __ __ __ __ | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | RotoMetals | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | 865 Estabrook Street | | |
| | San Leandro, CA 94577 | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| | **Last 4 digits of account number** __ __ __ __ | | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,300.20** |
|---|---|---|---|
| | Royal Restrooms of California, Inc. | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | 1452 North Vasco Road #101 | | |
| | Livermore, CA 94551 | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| | **Last 4 digits of account number** __ __ __ __ | | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$985.45** |
|---|---|---|---|
| | Sacramento Copiers | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | 10824 Olson Drive Suite C121 | | |
| | Rancho Cordova, CA 95670 | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| | **Last 4 digits of account number** __ __ __ __ | | |

Debtor    **Mare Island Dry Dock, LLC**          Case number *(if known)*    **26-20777-B-11**

     Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.105** | **Nonpriority creditor's name and mailing address**

**Sal's Inflatable Services, Inc.**

**1914 Stanford Street**

**Alameda, CA 94501**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**$8,222.60**

---

**3.106** | **Nonpriority creditor's name and mailing address**

**Sea Technology Construction, Inc.**

**dba Zamolla Industries**

**PO Box 3465**

**Federal Way, WA 98063**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**$18,796.80**

---

**3.107** | **Nonpriority creditor's name and mailing address**

**SGS Herguth Laboratories, Inc.**

**PO Box 2502**

**Carol Stream, IL 60132**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**$0.00**

---

**3.108** | **Nonpriority creditor's name and mailing address**

**Shartsis Friese LLP**

**425 Market Street 11th Floor**

**San Francisco, CA 94105**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** **Legal Services**

**Is the claim subject to offset?**
☑ No
❏ Yes

**$855.00**

---

Debtor    **Mare Island Dry Dock, LLC**                    Case number *(if known)*    **26-20777-B-11**
     Name

<table>
<tr><td colspan="3">**Part 2:**  Additional Page</td></tr>
</table>

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Solano Print Plus LLC**

**919 Tennessee Street**

**Vallejo, CA 94590**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Trade Debt**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,910.83 |
|---|---|---|---|

**Sperry Marine B.V.**

**143 Mallard Street Suite A**

**Saint Rose, LA 70087**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Trade Debt**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,254.84 |
|---|---|---|---|

**SSA Conventional**

**15417 Collections Center Drive**

**Chicago, IL 60693**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Trade Debt**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,925.31 |
|---|---|---|---|

**Sunbelt Rentals, Inc.**

**PO Box 409211**

**Atlanta, GA 30384**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Equipment Rental**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| Debtor | **Mare Island Dry Dock, LLC** | | Case number *(if known)* | **26-20777-B-11** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

**3.113** | **Nonpriority creditor's name and mailing address**

**SysArc**

**12300 Twinbrook Parkway**

**Rockville, MD 20852**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Trade Debt__

**Is the claim subject to offset?**
☑ No
❑ Yes

$441.00

---

**3.114** | **Nonpriority creditor's name and mailing address**

**Taglich Private Equity LLC**

**37 Main Street**

**Cold Spring Harbor, NY 11724**

Date or dates debt was incurred __02/10/2026__

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Consulting Fees__

**Is the claim subject to offset?**
☑ No
❑ Yes

$145,833.38

---

**3.115** | **Nonpriority creditor's name and mailing address**

**TEAM, Inc.**

**4650 East Second Street**

**Benicia, CA 94510**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Notice Purposes Only__

**Is the claim subject to offset?**
☑ No
❑ Yes

$0.00

---

**3.116** | **Nonpriority creditor's name and mailing address**

**The American Equity Underwriters, Inc.**

**PO Box 603038**

**Charlotte, NC 28260**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Notice Purposes Only__

**Is the claim subject to offset?**
☑ No
❑ Yes

$0.00

Debtor    **Mare Island Dry Dock, LLC**      Case number *(if known)*    **26-20777-B-11**

       Name

---

**Part 2:** Additional Page

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,300.00** |
|---|---|---|---|

**The Carpenter Group**

**2380 Main Street**

**San Diego, CA 92113**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,947.77** |
|---|---|---|---|

**The Hartford**

**PO Box 783690**

**Philadelphia, PA 19178**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Insurance Premiums

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$175,034.08** |
|---|---|---|---|

**The Nimitz Group, LLC**

**1195 Walnut Avenue**

**Vallejo, CA 94592**

*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Lease (Dry Dock 1)

**Date or dates debt was incurred**    **08/14/2013**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$26,659.00** |
|---|---|---|---|

**The Nimitz Group, LLC**

**1195 Walnut Avenue Quarters H**

**Vallejo, CA 94592**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease (Bldg 690)

**Date or dates debt was incurred**    **08/01/2014**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor | **Mare Island Dry Dock, LLC** | Case number *(if known)* | **26-20777-B-11** |
|--------|------------------------|---------------------------|--------------------|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16,114.78**

**The Nimitz Group, LLC**

**1195 Walnut Avenue Quarters H**

**Vallejo, CA 94592**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lease (Bldg. 112)**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,989.00**

**The Nimitz Group, LLC**

**1195 Walnut Avenue Quarters H**

**Vallejo, CA 94592**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lease (Late Fees)**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$637.87**

**The Nimitz Group, LLC**

**1195 Walnut Avenue Quarters H**

**Vallejo, CA 94592**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lease (interest)**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$446.47**

**The Papé Group, Inc.**

**dba Papé Materials Handling**

**PO Box 35144 #5077**

**Seattle, WA 98124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

Debtor    **Mare Island Dry Dock, LLC**        Case number *(if known)*    **26-20777-B-11**
       Name

**Part 2:**   Additional Page

---

**3.125**   **Nonpriority creditor's name and mailing address**

   Tork Systems, Inc.

   PO Box 350117

   Jacksonville, FL 32235

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**   **Notice Purposes Only**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

---

**3.126**   **Nonpriority creditor's name and mailing address**

   Trinity Consultants, Inc.

   PO Box 972047

   Dallas, TX 75397

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**    **$4,299.90**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**   **Consulting**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

---

**3.127**   **Nonpriority creditor's name and mailing address**

   Uline, Inc.

   PO Box 88741

   Chicago, IL 60680

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**    **$1,130.16**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**   **Supplies**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

---

**3.128**   **Nonpriority creditor's name and mailing address**

   Unico Mechanical Corp.

   1209 Polk Street

   Benicia, CA 94510

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**   **Notice Purposes Only**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

---

Debtor    **Mare Island Dry Dock, LLC**           Case number *(if known)*    **26-20777-B-11**

     Name

| Part 2: | Additional Page |
|---|---|

**3.129** **Nonpriority creditor's name and mailing address**

United Rentals, Inc.

PO Box 051122

Los Angeles, CA 90074

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $15,010.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

United Site Services, Inc.

8588 Unsworth Avenue

Sacramento, CA 95828

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**

Vallejo Electric Motor, Inc.

271 Bagley Street Unit 100

Vallejo, CA 94592

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132** **Nonpriority creditor's name and mailing address**

Vallejo Flood & Wastewater District

450 Ryder Street

Vallejo, CA 94590

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Mare Island Dry Dock, LLC** | Case number *(if known)* | **26-20777-B-11** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.133 Nonpriority creditor's name and mailing address**

**Vallejo Nissan, Inc.**

**3287 Sonoma Boulevard**

**Vallejo, CA 94590**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Automobile Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$994.42**

---

**3.134 Nonpriority creditor's name and mailing address**

**Vision Services Plan**

**PO Box 45210**

**San Francisco, CA 94145**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.135 Nonpriority creditor's name and mailing address**

**VRC Companies, LLC**

**dba Vital Records Control**
**Attn: Dept. 5874**

**PO Box 11407**

**Birmingham, AL 35246**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$157.50**

---

**3.136 Nonpriority creditor's name and mailing address**

**W.W. Grainger, Inc.**

**DEPT 885879687**

**Palatine, IL 60038**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,911.65**

Debtor **Mare Island Dry Dock, LLC** Case number *(if known)* **26-20777-B-11**

    Name

**Part 2:** Additional Page

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,268.18**
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**

**Wells Fargo Bank, NA**

**Equipment and Vendor Finance**

**PO Box Box 77101**

**Minneapolis, MN 55480**

**Date or dates debt was incurred**    **12/25/2025**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Equipment Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$11,268.18**

---

**3.138**

**Nonpriority creditor's name and mailing address**

**Werner Hoyt**

**PO Box 400**

**Ilwaco, WA 98624**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unreimbursed Business Expenses**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,460.54**

---

**3.139**

**Nonpriority creditor's name and mailing address**

**West Coast Marine Chemist's, Inc.**

**PO Box 2562**

**Alameda, CA 94501**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,337.80**

---

**3.140**

**Nonpriority creditor's name and mailing address**

**West Marine Products, Inc.**

**PO Box 50060**

**Watsonville, CA 95077**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor    **Mare Island Dry Dock, LLC**        Case number *(if known)*    **26-20777-B-11**
     Name

| Part 2: | Additional Page |
| --- | --- |

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,003.32 |
| --- | --- | --- | --- |

**3.141**

**Nonpriority creditor's name and mailing address**

**Williams Scotsman, Inc.**

**PO Box 91975**

**Chicago, IL 60693**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$14,003.32

---

**3.142**

**Nonpriority creditor's name and mailing address**

**Woods Rogers Vandeventer Black PLC**

**101 West Main Street Suite 500**

**Norfolk, VA 23510**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3,567.50

---

**3.143**

**Nonpriority creditor's name and mailing address**

**World Oil Corp.**

**dba World Oil Environmental Services**

**PO Box 843021**

**Los Angeles, CA 90084**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

---

**3.144**

**Nonpriority creditor's name and mailing address**

**WRA, Inc.**

**PO Box 956**

**Elk Grove, CA 95759**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$15,882.75

---

Debtor　**Mare Island Dry Dock, LLC**　　　　　　Case number *(if known)*　**26-20777-B-11**

　　　　Name

---

Part 2:　Additional Page

---

**3.145**　**Nonpriority creditor's name and mailing address**

**Xylem Dewatering Solutions, Inc.**

**26717 Network Place**

**Chicago, IL 60673**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**　　$796.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146**　**Nonpriority creditor's name and mailing address**

**Zamalloa Industries**

**PO Box 3465**

**Federal Way, WA 98063**

**Date or dates debt was incurred**　**11/26/2025**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**　　$18,796.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147**　**Nonpriority creditor's name and mailing address**

**ZF Marine Propulsion**

**Systems Miramar, LLC**

**12125 Harbour Reach Drive Suite B**

**Mukilteo, WA 98275**

**Date or dates debt was incurred**　**07/16/2025**

**Last 4 digits of account number**　**2　3　4　5**

**As of the petition filing date, the claim is:**　　$57,790.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Marine Propulsion Systems**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F　　　**Schedule E/F: Creditors Who Have Unsecured Claims**

Filed 03/16/26      Case 26-20777      Doc 152

Debtor    **Mare Island Dry Dock, LLC**          Case number *(if known)*    **26-20777-B-11**
Name

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Oceanwide Repair, LLC**<br>**c/o Schwartz Semerdjian Cauley Schena & Bush LLP**<br>**Attn: Kevin T. Cauley, Esq.**<br>**101 West Broadway Suite 810**<br>**San Diego, CA 92101** | Line **3.83**<br>☐ Not listed. Explain _____ | **5** **1** **5** **A** |
| 4.2 | **Offshore Inland Marine**<br>**& Oilfield Services, Inc.**<br>**c/o Burr & Forman LLP**<br>**Attn: Michael Rich, Esq.**<br>**11 North Water Street Suite 22200**<br>**Mobile, AL 36602** | Line **3.85**<br>☐ Not listed. Explain _____ | **3** **4** **4** **3** |
| 4.3 | **Recology Inc.**<br>**2021 Broadway**<br>**Vallejo, CA 94589** | Line **3.100**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 | **The Nimitz Group, LLC**<br>**c/o Carle Mackie Power & Ross, LLP**<br>**Attn: Trevor Codington, Esq.**<br>**520 3rd Street Suite 500**<br>**Santa Rosa, CA 95401** | Line **3.119**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 | **The Nimitz Group, LLC**<br>**c/o Latrhop GPM LLP**<br>**Attn: Monique D. Jewett-Brewster, Esq.**<br>**70 South First Street**<br>**San Jose, CA 95113** | Line **3.119**<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | **Mare Island Dry Dock, LLC** | Case number *(if known)* | **26-20777-B-11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">**Part 4:**</td><td>Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$92,911.56** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$4,748,537.93** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$4,841,449.49** |

**Fill in this information to identify the case:**

Debtor name     **Mare Island Dry Dock, LLC**

United States Bankruptcy Court for the:    **Eastern**     District of    **California**

Case number (If known):    **26-20777-B-11**     Chapter   (State)   **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease**<br>**Misc. equipment** | **Lane General LLC**<br>**1414 Hudson Avenue** |
| | State the term remaining | **11 months** | **Moraga, CA 94575** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Repair and Maintenance of Ship**<br>**MV Cape Orlando (T-AKR-2044)** | **Patriot Contract Services, LLC**<br>**1320 Willow Pass Road Suite 710** |
| | State the term remaining | | **Concord, CA 94520** |
| | List the contract number of any government contract | **ORLENG1722452** | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Layberthing of Ship**<br>**TS Golden Bear** | **Patriot Contract Services, LLC**<br>**1320 Willow Pass Road Suite 710** |
| | State the term remaining | | **Concord, CA 94520** |
| | List the contract number of any government contract | **SMJ1722836** | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment rental**<br>**Welding equipment** | **Red-D-Arc Inc.**<br>**PO Box 734675** |
| | State the term remaining | **4 months** | **Dallas, TX 75373** |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Dry Docks 2 and 3 and appurtenant yard and facilities** | **The Nimitz Group, LLC**<br>**1195 Walnut Avenue Quarters H** |
| | State the term remaining | **93 months** | **Vallejo, CA 94592** |
| | List the contract number of any government contract | | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      page 1 of **3**

Debtor    **Mare Island Dry Dock, LLC**                          Case number (if known) **26-20777-B-11**
          Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest: **Automobile lease** / **2024 Nissan Pathfinder** / **(VIN 4463; 13,292 mi.)** <br> State the term remaining: **16 months** <br> List the contract number of any government contract: | **Vallejo Nissan, Inc.** <br> **3287 Sonoma Boulevard** <br> **Vallejo, CA 94590** |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest: **Equipment lease** / **Doosan D160S-5 2015 Forktruck** <br> State the term remaining: **18 months** <br> List the contract number of any government contract: | **Wells Fargo Bank, NA** <br> **Equipment and Vendor Finance** <br> **PO Box Box 77101** <br> **Minneapolis, MN 55480** |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest: <br> State the term remaining: <br> List the contract number of any government contract: | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest: <br> State the term remaining: <br> List the contract number of any government contract: | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest: <br> State the term remaining: <br> List the contract number of any government contract: | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest: <br> State the term remaining: <br> List the contract number of any government contract: | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          page __2__ of __3__

Debtor **Mare Island Dry Dock, LLC**
Name

Case number (if known) **26-20777-B-11**

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Mare Island Dry Dock, LLC**

United States Bankruptcy Court for the:    **Eastern**    District of    **California**
(State)

Case number (If known):    **26-20777-B-11**

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.**   **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor    **Mare Island Dry Dock, LLC**        Case number (if known)   **26-20777-B-11**

Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Official Form 206H        **Schedule H: Codebtors**        page __2__ of __2__

Fill in this information to identify the case:

Debtor name        **Mare Island Dry Dock, LLC**

United States Bankruptcy Court for the:

       **Eastern District of California**

Case number (if known):     **26-20777-B-11**

☐ Check if this is an
    amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/16/2026**
         MM/ DD/ YYYY

**X** /s/ Harry Nicholsen
_____
Signature of individual signing on behalf of debtor

 **Harry Nicholsen**
_____
Printed name

 **Chief Financial Officer**
_____
Position or relationship to debtor

Official Form B202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**