### IN THE U.S. Bankruptcy Court
### Eastern District of California

In re:

Mare Island Dry Dock, LLC

)
)
)
)
)
)
)
)
)

Chapter 11

Case Number: 26-20777

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC | Pacific Maritime Group, Inc. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Claim #13 Amount of Claim: $355,749.55 Date Claim Filed: 3/31/2026 |
| TRC MASTER FUND LLC Attn: Terrel Ross PO BOX 633 Woodmere, NY 11598 | Phone: (619) 533-7932 Last four digits of Acct.# |
| Phone: 516-255-1801 Last four digits of Acct#: N/A | Name and Current Address of Transferor: |
| Name and address where transferee payments should be sent (if different from above): | Pacific Maritime Group, Inc. Small Law PC, Attn: Kelly Ann Tran 402 W. Broadway, Suite 1720 San Diego, CA 92101 |
| Phone: N/A Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross              Date: May, 14 2026
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 19C5765A-68EB-8B6A-8175-0D63E0068E93

# EVIDENCE OF TRANSFER OF CLAIM

## Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
       Eastern District of California
       Attention: Clerk


AND TO:  Mare Island Dry Dock, LLC.
         Case No. 26-20777 (the "Debtor")

Claim # 13

**Pacific Maritime Group, Inc, i**ts successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:


TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$355,749.55** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS <u>14</u> DAY OF <u>May</u>, 2026

**ASSIGNOR: Pacific Maritime Group, Inc**

_Signed by:_
_Cameron Katebian_
5B7B3FA43D634A9...
_____
(Signature)

Cameron Katebian
_____
(Print Name)

COO/CLO
_____
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

_____
(Signature)

Terrel Ross
_____
(Print Name)

Managing Member
_____
(Title)

*Creditor:*      (24256896)
Pacific Maritime Group, Inc.
Small Law PC, Attn: Kelly Ann Tran
402 W. Broadway, Suite 1720
San Diego, CA 92101

**Claim No: 13**
*Original Filed*
*Date*: 03/31/2026
*Original Entered*
*Date*: 03/31/2026

*Status:*
*Filed by:* CR
*Entered by:* eDktPrid
*Modified:*

Amount claimed: $355749.55

*History:*

Details  🌐  13-1   03/31/2026 Claim #13 filed by Pacific Maritime Group, Inc., Amount claimed: $355749.55 (eDktPrid)

*Description:*

*Remarks:*